**EXHIBIT 1**

Corporate Structure Chart

# DYNEGY INC. CORPORATE STRUCTURE

