SIDLEY AUSTIN LLP
787 Seventh Avenue
New York, New York 10019
Telephone: (212) 839-5300
Facsimile: (212) 839-5599
James F. Conlan (*pro hac vice admission pending*)
Matthew A. Clemente (*pro hac vice admission pending*)
Brian J. Lohan (*pro hac vice admission pending*)
Sophia P. Mullen

Proposed Counsel for Debtors and Debtors in Possession

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

```
----------------------------------------------------------- x
                                                            :
In re:                                                      :       Chapter 11
                                                            :
DYNEGY HOLDINGS, LLC, et al.,[1]                            :       Case No. 11-38111 (___)
                                                            :
                                                            :       Joint Administration Requested
                         Debtors.                           :
----------------------------------------------------------- x
```

## NOTICE OF PROPOSED ORDER SCHEDULING INITIAL CASE CONFERENCE

PLEASE TAKE NOTICE that Dynegy Holdings, LLC and its debtor affiliates, as debtors and debtors in possession (collectively, the "Debtors"), hereby submit the Proposed Case Conference Order, attached hereto as Exhibit A, pursuant to Rule 1007-2(e) of the Local Bankruptcy Rules for the Southern District of New York.

---

[1] The Debtors, together with the last four digits of each Debtor's federal tax identification number, are Dynegy Holdings, LLC (8415); Dynegy Northeast Generation, Inc. (6760); Hudson Power, L.L.C. (NONE); Dynegy Danskammer, L.L.C. (9301); and Dynegy Roseton, L.L.C. (9299). The location of the Debtors' corporate headquarters and the service address for Dynegy Holdings, LLC, Dynegy Northeast Generation, Inc. and Hudson Power, L.L.C. is 1000 Louisiana Street, Suite 5800, Houston, Texas 77002. The location of the service address for Dynegy Roseton, L.L.C. is 992 River Road, Newburgh, New York 12550. The location of the service address for Dynegy Danskammer, L.L.C. is 994 River Road, Newburgh, New York 12550.

Dated: Poughkeepsie, New York		Respectfully submitted,
   November 7, 2011

/s/ Sophia P. Mullen
James F. Conlan (*pro hac vice admission pending*)
Matthew A. Clemente (*pro hac vice admission pending*)
Brian J. Lohan (*pro hac vice admission pending*)
Sophia P. Mullen
SIDLEY AUSTIN LLP
787 Seventh Avenue
New York, New York 10019
Telephone: (212) 839-5300
Facsimile:  (212) 839-5599

*Proposed Counsel for Debtors and
Debtors in Possession*