UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x
: 
In re: : Chapter 11
:
DYNEGY ROSETON, L.L.C. : Case No. 11-38107 (CGM)
:
: Joint Administration Requested
Debtor. :
: **Related Dkt. No. 2**
------------------------------------------------------------ x
:
In re: : Chapter 11
:
DYNEGY DANSKAMMER, L.L.C. : Case No. 11-38108 (CGM)
:
: Joint Administration Requested
Debtor. :
: **Related Dkt. No. 2**
------------------------------------------------------------ x
:
In re: : Chapter 11
:
HUDSON POWER, L.L.C. : Case No. 11-38109 (CGM)
:
: Joint Administration Requested
Debtor. :
: **Related Dkt. No. 2**
------------------------------------------------------------ x
:
In re: : Chapter 11
:
DYNEGY NORTHEAST GENERATION, INC : Case No. 11-38110 (CGM)
:
: Joint Administration Requested
Debtor. :
: **Related Dkt. No. 2**
------------------------------------------------------------ x

```
------------------------------------------------------- x
                                                        :
In re:                                                  :    Chapter 11
                                                        :
DYNEGY HOLDINGS, LLC                                    :    Case No. 11-38111 (CGM)
                                                        :
                                                        :    Joint Administration Requested
                        Debtor.                         :
                                                        :    Related Dkt. No. 2
------------------------------------------------------- x
```

**ORDER PURSUANT TO FED R. BANKR. P. 1015(b)**
**DIRECTING JOINT ADMINISTRATION OF RELATED CHAPTER 11 CASES**

Upon consideration of the Motion[1] of the above-captioned debtors and debtors in possession (collectively the "Debtors") for entry of an order directing the joint administration of the Debtors' chapter 11 cases for procedural purposes only, as more fully set out in the Motion; upon consideration of the Motion and all pleadings related thereto, including the Stephenson Declaration; and the Court finding that (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the Standing Order of Referral of Cases to Bankruptcy Court Judges of the District Court for the Southern District of New York, dated July 19, 1984 (Ward, Acting C.J.), (b) this matter is a core proceeding under 28 U.S.C. § 157(b)(2), (c) venue is proper before the Court pursuant to 28 U.S.C. §§ 1408 and 1409, (d) proper notice of the Motion has been given and that no other or further notice is necessary, and (e) the relief requested in the Motion being in the best interests of the Debtors and their estates and creditors, after due deliberation, and good and sufficient cause appearing therefor, it is hereby:

ORDERED, that the Motion is granted as provided herein; and it is further

---

[1] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Motion.

ORDERED, that the above-captioned Chapter 11 cases are consolidated for procedural purposes only and shall be jointly administered by the Court under Case No. 11-38111 (CGM); and it is further

ORDERED, that nothing contained in this Order shall be deemed or construed as directing or otherwise effecting the substantive consolidation of any of the above-captioned cases; and it is further

ORDERED, that the caption of the jointly administered cases shall read as follows:

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- x
                                                              :
In re:                                                        :    Chapter 11
                                                              :
DYNEGY HOLDINGS, LLC, et al.,[1]                              :    Case No. 11-38111 (CGM)
                                                              :
                                                              :    Jointly Administered
            Debtors.                                          :
------------------------------------------------------------- x

and it is further

ORDERED, that a docket entry shall be made in each of the above-captioned chapter 11 cases substantially as follows:

> An Order has been entered in this case directing the procedural consolidation and joint administration of the chapter 11 cases of Dynegy Holdings, LLC, Dynegy Northeast Generation, Inc., Hudson Power, L.L.C., Dynegy Danskammer, L.L.C., and Dynegy

---

[1] The Debtors, together with the last four digits of each Debtor's federal tax identification number, are Dynegy Holdings, LLC (8415); Dynegy Northeast Generation, Inc. (6760); Hudson Power, L.L.C. (NONE); Dynegy Danskammer, L.L.C. (9301); and Dynegy Roseton, L.L.C. (9299). The location of the Debtors' corporate headquarters and the service address for Dynegy Holdings, LLC, Dynegy Northeast Generation, Inc. and Hudson Power, L.L.C. is 1000 Louisiana Street, Suite 5800, Houston, Texas 77002. The location of the service address for Dynegy Roseton, L.L.C. is 992 River Road, Newburgh, New York 12550. The location of the service address for Dynegy Danskammer, L.L.C. is 994 River Road, Newburgh, New York 12550.

3

Roseton, L.L.C. The docket in Case No. 11-38111 (CGM) should be consulted for all matters affecting this case.

and it is further

ORDERED, that the Debtors shall be permitted to file their monthly operating reports required by the U.S. Trustee Operating Guidelines on a consolidated basis after consultation with the U.S. Trustee if the U.S. Trustee and the Debtors jointly determine that consolidated reports would further administrative economy and efficiency without prejudice to any interested party and that the reports will accurately reflect the Debtors' consolidated business operations and financial affairs; *provided*, *however*, that the Debtors shall list disbursements separately for each individual Debtor; and it is further

ORDERED, that this Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation and/or enforcement of this Order.

Dated: Poughkeepsie, New York
      November 9, 2011

                                      */s/ Cecelia G. Morris*
                                      THE HONORABLE CECELIA G. MORRIS
                                      UNITED STATES BANKRUPTCY JUDGE