Schedule 1-A
to Facility Lease

**Periodic Lease Rent and Section 467 Loan Balance Percentages**
(Expressed as a % of Purchase Price)
Facility - Roseton

| Rent Payment Date | Periodic Lease Rent Percentage | Section 467 Loan Balance Percentage |
|---|---|---|
| May 8 2001 | 0.0000000000 | (2.7460495918) |
| Nov 8 2001 | 3.3157000000 | 0.4886419452 |
| May 8 2002 | 3.3157000000 | (3.9968608840) |
| Nov 8 2002 | 3.3157000000 | (0.7990682800) |
| May 8 2003 | 3.3157000000 | (5.2641725706) |
| Nov 8 2003 | 3.3157000000 | (2.1037656615) |
| May 8 2004 | 3.3157000000 | (6.7472645769) |
| Nov 8 2004 | 3.3157000000 | (3.6306088819) |
| May 8 2005 | 3.3157000000 | (7.9839030948) |
| Nov 8 2005 | 3.3157000000 | (4.9037282361) |
| May 8 2006 | 3.3157000000 | (10.0979061745) |
| Nov 8 2006 | 3.3157000000 | (7.0800944066) |
| May 8 2007 | 3.3157000000 | (10.4135224776) |
| Nov 8 2007 | 10.9166677420 | 0.1959463513 |
| May 8 2008 | 3.0094048226 | (7.8117561292) |
| Nov 8 2008 | 5.8134370806 | (2.2287658544) |
| May 8 2009 | 2.9385687500 | 0.6440543029 |
| Nov 8 2009 | 2.9385687500 | (4.1968036813) |
| May 8 2010 | 2.9385687500 | (1.3820406399) |
| Nov 8 2010 | 2.9385687500 | (6.2826684249) |
| May 8 2011 | 4.1283412599 | (2.3396658844) |
| Nov 8 2011 | 12.6764719758 | 2.4693596117 |
| May 8 2012 | 8.3273171371 | 10.8695228573 |
| Nov 8 2012 | 7.1973782258 | 10.5891256713 |
| May 8 2013 | 2.3874730647 | 13.2889779431 |
| Nov 8 2013 | 20.5677956452 | 26.4503721015 |
| May 8 2014 | 1.6902576937 | 28.9209157720 |
| Nov 8 2014 | 21.3207780806 | 44.5370932671 |
| May 8 2015 | 0.9374348226 | 46.7883723411 |
| Nov 8 2015 | 22.1336496290 | 63.9217483156 |
| May 8 2016 | 0.1245632742 | 65.9320031651 |
| Nov 8 2016 | 4.3039674294 | 65.8004340492 |
| May 8 2017 | 0.0000000000 | 67.7415468536 |
| Nov 8 2017 | 0.0000000000 | 63.3593918472 |
| May 8 2018 | 0.0000000000 | 65.2284939067 |
| Nov 8 2018 | 0.0000000000 | 60.7722038383 |
| May 8 2019 | 0.0000000000 | 62.5649838515 |
| Nov 8 2019 | 0.0000000000 | 58.0301202365 |
| May 8 2020 | 0.0000000000 | 59.7420087835 |
| Nov 8 2020 | 0.0000000000 | 55.1238674040 |
| May 8 2021 | 0.0017378880 | 56.7517593804 |
| Nov 8 2021 | 0.1424169335 | 52.1878225770 |
| May 8 2022 | 0.5603696469 | 54.2877329899 |
| Nov 8 2022 | 0.5622884117 | 50.0709788862 |
| May 8 2023 | 0.5826330701 | 52.1307058334 |
| Nov 8 2023 | 0.5846280672 | 47.8726590841 |
| May 8 2024 | 0.6057533997 | 49.8906559268 |
| Nov 8 2024 | 0.6078275633 | 45.5897272013 |
| May 8 2025 | 0.6297636178 | 47.5643877715 |
| Nov 8 2025 | 0.6319199948 | 43.2189265669 |
| May 8 2026 | 0.6546979754 | 45.1485828761 |
| Nov 8 2026 | 0.6569397304 | 40.7568751627 |
| May 8 2027 | 0.6805920424 | 42.6397950223 |
| Nov 8 2027 | 0.6829224613 | 38.2000607982 |
| May 8 2028 | 0.7074827572 | 40.0344453490 |
| Nov 8 2028 | 0.7099052529 | 35.5448361010 |
| May 8 2029 | 0.7364489576 | 37.3298577235 |
| Nov 8 2029 | 0.0511564484 | 32.1017143362 |
| May 8 2030 | 0.0000000000 | 33.0487149091 |
| Nov 8 2030 | 0.0000000000 | 27.6431213603 |
| May 8 2031 | 0.0000000000 | 28.4585934404 |
| Nov 8 2031 | 0.0000000000 | 21.4996956108 |
| May 8 2032 | 0.0000000000 | 22.1339366313 |

Schedule 1-A
to Facility Lease

Periodic Lease Rent and Section 467 Loan Balance Percentages
(Expressed as a % of Purchase Price)
Facility - Roseton

| Rent Payment Date | Periodic Lease Rent Percentage | Section 467 Loan Balance Percentage |
|---|---|---|
| Nov 8 2032 | 0.0000000000 | 14.9884614258 |
| May 8 2033 | 0.0000000000 | 15.4306210379 |
| Nov 8 2033 | 0.0000000000 | 8.0873980224 |
| May 8 2034 | 0.0000000000 | 8.3259762640 |
| Nov 8 2034 | 0.0000000000 | 1.9212678828 |
| Feb 8 2035 | 0.0000000000 | 0.0000000000 |

Schedule 2-A
to Facility Lease

Allocation, Proportional Rent and
Section 467 Interest Percentages
(Expressed as a % of Purchase Price)
Facility -Roseton

| ----Rent Payment Period---- | | Proportional Rent Percentage | Allocation Percentage | Section 467 Interest Percentage |
| --- | --- | --- | --- | --- |
| From and Including | To but Excluding | | | |
| May 8 2001 | May 9 2001 | 2.7460495918 | 2.1449781166 | 0.0000000000 |
| May 9 2001 | Nov 8 2001 | 0.0000000000 | 0.0000000000 | (0.0810084630) |
| Nov 8 2001 | May 8 2002 | 7.8156177666 | 6.1048894116 | 0.0144149374 |
| May 8 2002 | Nov 8 2002 | 0.0000000000 | 0.0000000000 | (0.1179073961) |
| Nov 8 2002 | May 8 2003 | 7.7572317763 | 6.0592832901 | (0.0235725143) |
| May 8 2003 | Nov 8 2003 | 0.0000000000 | 0.0000000000 | (0.1552930908) |
| Nov 8 2003 | May 8 2004 | 7.8971378284 | 6.1685658832 | (0.0620610870) |
| May 8 2004 | Nov 8 2004 | 0.0000000000 | 0.0000000000 | (0.1990443050) |
| Nov 8 2004 | May 8 2005 | 7.5618912509 | 5.9067000470 | (0.1071029620) |
| May 8 2005 | Nov 8 2005 | 0.0000000000 | 0.0000000000 | (0.2355251413) |
| Nov 8 2005 | May 8 2006 | 8.3652179555 | 6.5341898808 | (0.1446599830) |
| May 8 2006 | Nov 8 2006 | 0.0000000000 | 0.0000000000 | (0.2978882321) |
| Nov 8 2006 | May 8 2007 | 6.4402652859 | 5.0305821659 | (0.2088627850) |
| May 8 2007 | Nov 8 2007 | 0.0000000000 | 0.0000000000 | (0.3071989131) |
| Nov 8 2007 | May 8 2008 | 11.0528877205 | 8.6335666902 | 0.0057804174 |
| May 8 2008 | Nov 8 2008 | 0.0000000000 | 0.0000000000 | (0.2304468058) |
| Nov 8 2008 | May 8 2009 | 0.0000000000 | 0.0000000000 | (0.0657485927) |
| May 8 2009 | Nov 8 2009 | 7.7984263361 | 6.0914609425 | 0.0189996019 |
| Nov 8 2009 | May 8 2010 | 0.0000000000 | 0.0000000000 | (0.1238057086) |
| May 8 2010 | Nov 8 2010 | 7.7984263361 | 6.0914609425 | (0.0407701989) |
| Nov 8 2010 | May 8 2011 | 0.0000000000 | 0.0000000000 | (0.1853387185) |
| May 8 2011 | Nov 8 2011 | 7.7984263361 | 6.0914609425 | (0.0690201436) |
| Nov 8 2011 | May 8 2012 | 0.0000000000 | 0.0000000000 | 0.0728461085 |
| May 8 2012 | Nov 8 2012 | 7.7984263361 | 6.0914609425 | 0.3206509243 |
| Nov 8 2012 | May 8 2013 | 0.0000000000 | 0.0000000000 | 0.3123792073 |
| May 8 2013 | Nov 8 2013 | 7.7984263361 | 6.0914609425 | 0.3920248493 |
| Nov 8 2013 | May 8 2014 | 0.0000000000 | 0.0000000000 | 0.7802859770 |
| May 8 2014 | Nov 8 2014 | 6.5577676008 | 5.1223648835 | 0.8531670153 |
| Nov 8 2014 | May 8 2015 | 0.0000000000 | 0.0000000000 | 1.3138442514 |
| May 8 2015 | Nov 8 2015 | 6.3805306386 | 4.9839225893 | 1.3802569841 |
| Nov 8 2015 | May 8 2016 | 0.0000000000 | 0.0000000000 | 1.8856915753 |
| May 8 2016 | Nov 8 2016 | 6.3805306386 | 4.9839225893 | 1.9449940934 |
| Nov 8 2016 | May 8 2017 | 0.0000000000 | 0.0000000000 | 1.9411128045 |
| May 8 2017 | Nov 8 2017 | 6.3805306386 | 4.9839225893 | 1.9983756322 |
| Nov 8 2017 | May 8 2018 | 0.0000000000 | 0.0000000000 | 1.8691020595 |
| May 8 2018 | Nov 8 2018 | 6.3805306386 | 4.9839225893 | 1.9242405702 |
| Nov 8 2018 | May 8 2019 | 0.0000000000 | 0.0000000000 | 1.7927800132 |
| May 8 2019 | Nov 8 2019 | 6.3805306386 | 4.9839225893 | 1.8456670236 |
| Nov 8 2019 | May 8 2020 | 0.0000000000 | 0.0000000000 | 1.7118885470 |
| May 8 2020 | Nov 8 2020 | 6.3805306386 | 4.9839225893 | 1.7623892591 |
| Nov 8 2020 | May 8 2021 | 0.0000000000 | 0.0000000000 | 1.6261540884 |
| May 8 2021 | Nov 8 2021 | 6.3805306386 | 4.9839225893 | 1.6741769017 |
| Nov 8 2021 | May 8 2022 | 0.0000000000 | 0.0000000000 | 1.5395407660 |
| May 8 2022 | Nov 8 2022 | 6.3805306386 | 4.9839225893 | 1.6014881232 |
| Nov 8 2022 | May 8 2023 | 0.0000000000 | 0.0000000000 | 1.4770938771 |
| May 8 2023 | Nov 8 2023 | 6.3805306386 | 4.9839225893 | 1.5378558221 |
| Nov 8 2023 | May 8 2024 | 0.0000000000 | 0.0000000000 | 1.4122434430 |
| May 8 2024 | Nov 8 2024 | 6.3805306386 | 4.9839225893 | 1.4717743498 |
| Nov 8 2024 | May 8 2025 | 0.0000000000 | 0.0000000000 | 1.3448969524 |
| May 8 2025 | Nov 8 2025 | 6.3805306386 | 4.9839225893 | 1.4031494393 |
| Nov 8 2025 | May 8 2026 | 0.0000000000 | 0.0000000000 | 1.2749583337 |
| May 8 2026 | Nov 8 2026 | 6.3805306386 | 4.9839225893 | 1.3318831948 |
| Nov 8 2026 | May 8 2027 | 0.0000000000 | 0.0000000000 | 1.2023278173 |
| May 8 2027 | Nov 8 2027 | 6.3805306386 | 4.9839225893 | 1.2578739532 |
| Nov 8 2027 | May 8 2028 | 0.0000000000 | 0.0000000000 | 1.1269017935 |
| May 8 2028 | Nov 8 2028 | 6.3805306386 | 4.9839225893 | 1.1810161378 |
| Nov 8 2028 | May 8 2029 | 0.0000000000 | 0.0000000000 | 1.0485726650 |
| May 8 2029 | Nov 8 2029 | 6.3805306386 | 4.9839225893 | 1.1012308028 |
| Nov 8 2029 | May 8 2030 | 0.0000000000 | 0.0000000000 | 0.9470005729 |
| May 8 2030 | Nov 8 2030 | 6.3805306386 | 4.9839225893 | 0.9749370898 |
| Nov 8 2030 | May 8 2031 | 0.0000000000 | 0.0000000000 | 0.8154720801 |
| May 8 2031 | Nov 8 2031 | 7.7984263361 | 6.0914609425 | 0.8395285065 |

Schedule 2-A
to Facility Lease

Allocation, Proportional Rent and
Section 467 Interest Percentages
(Expressed as a % of Purchase Price)
Facility -Roseton

| ----Rent Payment Period---- | | Proportional | | Section 467 |
| From and Including | To but Excluding | Rent Percentage | Allocation Percentage | Interest Percentage |
| --- | --- | --- | --- | --- |
| Nov 8 2031 | May 8 2032 | 0.0000000000 | 0.0000000000 | 0.6342410205 |
| May 8 2032 | Nov 8 2032 | 7.7984263361 | 6.0914609425 | 0.6529511306 |
| Nov 8 2032 | May 8 2033 | 0.0000000000 | 0.0000000000 | 0.4421596121 |
| May 8 2033 | Nov 8 2033 | 7.7984263361 | 6.0914609425 | 0.4552033206 |
| Nov 8 2033 | May 8 2034 | 0.0000000000 | 0.0000000000 | 0.2385782417 |
| May 8 2034 | Nov 8 2034 | 6.6503246811 | 5.1946625260 | 0.2456162998 |
| Nov 8 2034 | Feb 9 2035 | 1.9496065840 | 1.5228652356 | 0.0283387013 |

Schedule 3-A
to Facility Lease

Termination Values
(Expressed as a % of Purchase Price)
Facility - Roseton

| Termination Date | Termination Value Percentage |
|---|---|
| Jun 8 2001 | 103.0338349987 |
| Jul 8 2001 | 103.7447946260 |
| Aug 8 2001 | 104.4568377718 |
| Sep 8 2001 | 105.1699718610 |
| Oct 8 2001 | 105.8805770727 |
| Nov 8 2001 | 106.5922634747 |
| Dec 8 2001 | 103.9893384771 |
| Jan 8 2002 | 104.6995822439 |
| Feb 8 2002 | 105.4109048277 |
| Mar 8 2002 | 106.1233136235 |
| Apr 8 2002 | 106.8368160769 |
| May 8 2002 | 107.5459037735 |
| Jun 8 2002 | 104.9403625267 |
| Jul 8 2002 | 105.6460837685 |
| Aug 8 2002 | 106.3528531576 |
| Sep 8 2002 | 107.0606778816 |
| Oct 8 2002 | 107.7640492664 |
| Nov 8 2002 | 108.4684528637 |
| Dec 8 2002 | 105.8581957534 |
| Jan 8 2003 | 106.5591691530 |
| Feb 8 2003 | 107.2611585051 |
| Mar 8 2003 | 107.9641707798 |
| Apr 8 2003 | 108.6682129950 |
| May 8 2003 | 109.3683431076 |
| Jun 8 2003 | 106.7537835643 |
| Jul 8 2003 | 107.4509921889 |
| Aug 8 2003 | 108.1491912943 |
| Sep 8 2003 | 108.8483876791 |
| Oct 8 2003 | 109.5436390791 |
| Nov 8 2003 | 110.2398677186 |
| Dec 8 2003 | 107.6213803071 |
| Jan 8 2004 | 108.3146344908 |
| Feb 8 2004 | 109.0088524035 |
| Mar 8 2004 | 109.7040406639 |
| Apr 8 2004 | 110.4002059358 |
| May 8 2004 | 111.0929432615 |
| Jun 8 2004 | 108.4709409554 |
| Jul 8 2004 | 109.1611939469 |
| Aug 8 2004 | 109.8523904372 |
| Sep 8 2004 | 110.5445369095 |
| Oct 8 2004 | 111.2332282233 |
| Nov 8 2004 | 111.9228525101 |
| Dec 8 2004 | 109.2977161824 |
| Jan 8 2005 | 109.9848140292 |
| Feb 8 2005 | 110.6728341102 |
| Mar 8 2005 | 111.3617827664 |
| Apr 8 2005 | 112.0516663822 |
| May 8 2005 | 112.7385781950 |
| Jun 8 2005 | 110.1107111616 |
| Jul 8 2005 | 110.7955584260 |
| Aug 8 2005 | 111.4813128514 |
| Sep 8 2005 | 112.1679806788 |
| Oct 8 2005 | 112.8516550008 |
| Nov 8 2005 | 113.5362286288 |
| Dec 8 2005 | 110.9060077519 |
| Jan 8 2006 | 111.5884854102 |
| Feb 8 2006 | 112.2718543626 |
| Mar 8 2006 | 112.9561207449 |
| Apr 8 2006 | 113.6412907355 |
| May 8 2006 | 114.3239500562 |
| Jun 8 2006 | 111.6918021255 |
| Jul 8 2006 | 112.3728325921 |
| Aug 8 2006 | 113.0547448013 |

Schedule 3-A
to Facility Lease

Termination Values
(Expressed as a % of Purchase Price)
Facility - Roseton

| Termination Date | Termination Value Percentage |
|---|---|
| Sep 8 2006 | 113.7375448271 |
| Oct 8 2006 | 114.4178182865 |
| Nov 8 2006 | 115.0989684924 |
| Dec 8 2006 | 112.4653014868 |
| Jan 8 2007 | 113.1448028541 |
| Feb 8 2007 | 113.8251758745 |
| Mar 8 2007 | 114.5064265570 |
| Apr 8 2007 | 115.1885609524 |
| May 8 2007 | 115.8685956603 |
| Jun 8 2007 | 113.2338059050 |
| Jul 8 2007 | 113.9126082319 |
| Aug 8 2007 | 114.5922778103 |
| Sep 8 2007 | 115.2728206233 |
| Oct 8 2007 | 115.9512532022 |
| Nov 8 2007 | 116.6305507028 |
| Dec 8 2007 | 106.3480021560 |
| Jan 8 2008 | 106.9800087594 |
| Feb 8 2008 | 107.6128779128 |
| Mar 8 2008 | 108.2466155713 |
| Apr 8 2008 | 108.8812277309 |
| May 8 2008 | 109.5143377045 |
| Jun 8 2008 | 107.1089132124 |
| Jul 8 2008 | 107.7413871858 |
| Aug 8 2008 | 108.3747273181 |
| Sep 8 2008 | 109.0089395934 |
| Oct 8 2008 | 109.6416473119 |
| Nov 8 2008 | 110.2752230043 |
| Dec 8 2008 | 105.0794295768 |
| Jan 8 2009 | 105.6955705176 |
| Feb 8 2009 | 106.3125812920 |
| Mar 8 2009 | 106.9304679137 |
| Apr 8 2009 | 107.5492364383 |
| May 8 2009 | 108.1665565326 |
| Jun 8 2009 | 105.8461860718 |
| Jul 8 2009 | 106.4629321990 |
| Aug 8 2009 | 107.0805527656 |
| Sep 8 2009 | 107.6990538219 |
| Oct 8 2009 | 108.3161050293 |
| Nov 8 2009 | 108.9340330076 |
| Dec 8 2009 | 106.6142750757 |
| Jan 8 2010 | 107.2316384134 |
| Feb 8 2010 | 107.8498809097 |
| Mar 8 2010 | 108.4690086524 |
| Apr 8 2010 | 109.0890277717 |
| May 8 2010 | 109.7077172034 |
| Jun 8 2010 | 107.3887264501 |
| Jul 8 2010 | 108.0069719303 |
| Aug 8 2010 | 108.6261031292 |
| Sep 8 2010 | 109.2461261852 |
| Oct 8 2010 | 109.8648200420 |
| Nov 8 2010 | 110.4844029607 |
| Dec 8 2010 | 108.1663123552 |
| Jan 8 2011 | 108.7854646955 |
| Feb 8 2011 | 109.4055095186 |
| Mar 8 2011 | 110.0264530152 |
| Apr 8 2011 | 110.6483014190 |
| May 8 2011 | 111.2689307937 |
| Jun 8 2011 | 107.7496292655 |
| Jul 8 2011 | 108.3573627541 |
| Aug 8 2011 | 108.9659114041 |
| Sep 8 2011 | 109.5752808849 |
| Oct 8 2011 | 110.1833466917 |
| Nov 8 2011 | 110.7922302490 |

Schedule 3-A
to Facility Lease

Termination Values
(Expressed as a % of Purchase Price)
Facility - Roseton

| Termination Date | Termination Value Percentage |
|---|---|
| Dec 8 2011 | 98.6632238398 |
| Jan 8 2012 | 99.2093883638 |
| Feb 8 2012 | 99.7563732910 |
| Mar 8 2012 | 100.3041843334 |
| Apr 8 2012 | 100.8528272433 |
| May 8 2012 | 101.4002206707 |
| Jun 8 2012 | 93.5606231416 |
| Jul 8 2012 | 94.0466776996 |
| Aug 8 2012 | 94.5331431050 |
| Sep 8 2012 | 95.0200222820 |
| Oct 8 2012 | 95.5052310334 |
| Nov 8 2012 | 95.9908452239 |
| Dec 8 2012 | 89.2498816691 |
| Jan 8 2013 | 89.7046204398 |
| Feb 8 2013 | 90.1597591412 |
| Mar 8 2013 | 90.6153006310 |
| Apr 8 2013 | 91.0712477873 |
| May 8 2013 | 91.5256359219 |
| Jun 8 2013 | 89.5929490497 |
| Jul 8 2013 | 90.0461685622 |
| Aug 8 2013 | 90.4997784249 |
| Sep 8 2013 | 90.9537814380 |
| Oct 8 2013 | 91.4062128351 |
| Nov 8 2013 | 91.8590296166 |
| Dec 8 2013 | 71.6282363465 |
| Jan 8 2014 | 71.9636620806 |
| Feb 8 2014 | 72.2994681444 |
| Mar 8 2014 | 72.6356572789 |
| Apr 8 2014 | 72.9722322452 |
| May 8 2014 | 73.3065132345 |
| Jun 8 2014 | 71.9509096370 |
| Jul 8 2014 | 72.2832569474 |
| Aug 8 2014 | 72.6159644717 |
| Sep 8 2014 | 72.9490348230 |
| Oct 8 2014 | 73.2797880435 |
| Nov 8 2014 | 73.6108910671 |
| Dec 8 2014 | 52.4960958047 |
| Jan 8 2015 | 52.6997509345 |
| Feb 8 2015 | 52.9037452429 |
| Mar 8 2015 | 53.1080812094 |
| Apr 8 2015 | 53.3127613323 |
| May 8 2015 | 53.5153574298 |
| Jun 8 2015 | 52.7808513247 |
| Jul 8 2015 | 52.9816844053 |
| Aug 8 2015 | 53.1828384187 |
| Sep 8 2015 | 53.3843157309 |
| Oct 8 2015 | 53.5836880267 |
| Nov 8 2015 | 53.7833718175 |
| Dec 8 2015 | 31.7142402893 |
| Jan 8 2016 | 31.7766438118 |
| Feb 8 2016 | 31.8393492079 |
| Mar 8 2016 | 31.9023587248 |
| Apr 8 2016 | 31.9656746270 |
| May 8 2016 | 32.0272714143 |
| Jun 8 2016 | 31.9646020546 |
| Jul 8 2016 | 32.0247675369 |
| Aug 8 2016 | 32.0852207697 |
| Sep 8 2016 | 32.1459639159 |
| Oct 8 2016 | 32.2049713734 |
| Nov 8 2016 | 32.2642592814 |
| Dec 8 2016 | 27.9893227183 |
| Jan 8 2017 | 28.0165437665 |
| Feb 8 2017 | 28.0439706369 |

Schedule 3-A
to Facility Lease

Termination Values
(Expressed as a % of Purchase Price)
Facility - Roseton

| Termination Date | Termination Value Percentage |
|---|---|
| Mar 8 2017 | 28.0716049461 |
| Apr 8 2017 | 28.0994483243 |
| May 8 2017 | 28.1256043312 |
| Jun 8 2017 | 28.1519597531 |
| Jul 8 2017 | 28.1766180886 |
| Aug 8 2017 | 28.2014660622 |
| Sep 8 2017 | 28.2265051941 |
| Oct 8 2017 | 28.2498389336 |
| Nov 8 2017 | 28.2733539558 |
| Dec 8 2017 | 28.2970517310 |
| Jan 8 2018 | 28.3190356585 |
| Feb 8 2018 | 28.3411923631 |
| Mar 8 2018 | 28.3635232646 |
| Apr 8 2018 | 28.3860297951 |
| May 8 2018 | 28.4069507531 |
| Jun 8 2018 | 28.4280382113 |
| Jul 8 2018 | 28.4475309111 |
| Aug 8 2018 | 28.4671808679 |
| Sep 8 2018 | 28.4869894113 |
| Oct 8 2018 | 28.5051952367 |
| Nov 8 2018 | 28.5235503133 |
| Dec 8 2018 | 28.5420559242 |
| Jan 8 2019 | 28.5589507184 |
| Feb 8 2019 | 28.5759866180 |
| Mar 8 2019 | 28.5931648592 |
| Apr 8 2019 | 28.6104866893 |
| May 8 2019 | 28.6263342677 |
| Jun 8 2019 | 28.6423169140 |
| Jul 8 2019 | 28.6568167351 |
| Aug 8 2019 | 28.6714429983 |
| Sep 8 2019 | 28.6861968571 |
| Oct 8 2019 | 28.6994603770 |
| Nov 8 2019 | 28.7128427829 |
| Dec 8 2019 | 28.7263451862 |
| Jan 8 2020 | 28.7383496100 |
| Feb 8 2020 | 28.7504652364 |
| Mar 8 2020 | 28.7626931343 |
| Apr 8 2020 | 28.7750343830 |
| May 8 2020 | 28.7860231137 |
| Jun 8 2020 | 28.7971173739 |
| Jul 8 2020 | 28.8068512482 |
| Aug 8 2020 | 28.8166827375 |
| Sep 8 2020 | 28.8266128378 |
| Oct 8 2020 | 28.8351755970 |
| Nov 8 2020 | 28.8438289803 |
| Dec 8 2020 | 28.8525739418 |
| Jan 8 2021 | 28.8614114559 |
| Feb 8 2021 | 28.8703425004 |
| Mar 8 2021 | 28.8793680651 |
| Apr 8 2021 | 28.8884891503 |
| May 8 2021 | 28.8977067671 |
| Jun 8 2021 | 28.9052840489 |
| Jul 8 2021 | 28.9146978043 |
| Aug 8 2021 | 28.9242111886 |
| Sep 8 2021 | 28.9338252562 |
| Oct 8 2021 | 28.9442836761 |
| Nov 8 2021 | 28.9548499899 |
| Dec 8 2021 | 28.8223556126 |
| Jan 8 2022 | 28.8323831825 |
| Feb 8 2022 | 28.8425168775 |
| Mar 8 2022 | 28.8527578208 |
| Apr 8 2022 | 28.8631071475 |
| May 8 2022 | 28.8764979399 |

Schedule 3-A
to Facility Lease

**Termination Values**
(Expressed as a % of Purchase Price)
Facility - Roseton

| Termination Date | Termination Value Percentage |
|---|---|
| Jun 8 2022 | 28.3266978395 |
| Jul 8 2022 | 28.3373792471 |
| Aug 8 2022 | 28.3481736996 |
| Sep 8 2022 | 28.3590824007 |
| Oct 8 2022 | 28.3730384729 |
| Nov 8 2022 | 28.3871312351 |
| Dec 8 2022 | 27.8361015467 |
| Jan 8 2023 | 27.8474794248 |
| Feb 8 2023 | 27.8589777188 |
| Mar 8 2023 | 27.8705977031 |
| Apr 8 2023 | 27.8823406655 |
| May 8 2023 | 27.8972563285 |
| Jun 8 2023 | 27.3266160955 |
| Jul 8 2023 | 27.3387358568 |
| Aug 8 2023 | 27.3509838856 |
| Sep 8 2023 | 27.3633615393 |
| Oct 8 2023 | 27.3789186108 |
| Nov 8 2023 | 27.3946288709 |
| Dec 8 2023 | 26.8227756218 |
| Jan 8 2024 | 26.8356856400 |
| Feb 8 2024 | 26.8487322893 |
| Mar 8 2024 | 26.8619170156 |
| Apr 8 2024 | 26.8752412802 |
| May 8 2024 | 26.8918759498 |
| Jun 8 2024 | 26.2997303374 |
| Jul 8 2024 | 26.3134821404 |
| Aug 8 2024 | 26.3273794834 |
| Sep 8 2024 | 26.3414239066 |
| Oct 8 2024 | 26.3587863564 |
| Nov 8 2024 | 26.3763206472 |
| Dec 8 2024 | 25.7829881534 |
| Jan 8 2025 | 25.7976366291 |
| Feb 8 2025 | 25.8124401344 |
| Mar 8 2025 | 25.8274003102 |
| Apr 8 2025 | 25.8425188145 |
| May 8 2025 | 25.8610923378 |
| Jun 8 2025 | 25.2467689260 |
| Jul 8 2025 | 25.2623725409 |
| Aug 8 2025 | 25.2781412940 |
| Sep 8 2025 | 25.2940769331 |
| Oct 8 2025 | 25.3134762392 |
| Nov 8 2025 | 25.3330684708 |
| Dec 8 2025 | 24.7175954452 |
| Jan 8 2026 | 24.7342164782 |
| Feb 8 2026 | 24.7510134171 |
| Mar 8 2026 | 24.7679881237 |
| Apr 8 2026 | 24.7851424792 |
| May 8 2026 | 24.8059038599 |
| Jun 8 2026 | 24.1687252619 |
| Jul 8 2026 | 24.1864300528 |
| Aug 8 2026 | 24.2043222193 |
| Sep 8 2026 | 24.2224037447 |
| Oct 8 2026 | 24.2441021077 |
| Nov 8 2026 | 24.2660172377 |
| Dec 8 2026 | 23.6277392183 |
| Jan 8 2027 | 23.6465984324 |
| Feb 8 2027 | 23.6656572398 |
| Mar 8 2027 | 23.6849177529 |
| Apr 8 2027 | 23.7043821065 |
| May 8 2027 | 23.7276134142 |
| Jun 8 2027 | 23.0668999011 |
| Jul 8 2027 | 23.0869888113 |
| Aug 8 2027 | 23.1072903293 |

Schedule 3-A
to Facility Lease

Termination Values
(Expressed as a % of Purchase Price)
Facility - Roseton

| Termination Date | Termination Value Percentage |
| --- | --- |
| Sep 8 2027 | 23.1278067049 |
| Oct 8 2027 | 23.1521011686 |
| Nov 8 2027 | 23.1766393655 |
| Dec 8 2027 | 22.5148915930 |
| Jan 8 2028 | 22.5362903806 |
| Feb 8 2028 | 22.5579156388 |
| Mar 8 2028 | 22.5797697642 |
| Apr 8 2028 | 22.6018551791 |
| May 8 2028 | 22.6278759839 |
| Jun 8 2028 | 21.9429485900 |
| Jul 8 2028 | 21.9657426642 |
| Aug 8 2028 | 21.9887779756 |
| Sep 8 2028 | 22.0120570775 |
| Oct 8 2028 | 22.0392842024 |
| Nov 8 2028 | 22.0667855691 |
| Dec 8 2028 | 21.3809063794 |
| Jan 8 2029 | 21.4051867184 |
| Feb 8 2029 | 21.4297240244 |
| Mar 8 2029 | 21.4545210168 |
| Apr 8 2029 | 21.4795804441 |
| May 8 2029 | 21.5087582916 |
| Jun 8 2029 | 20.7979019927 |
| Jul 8 2029 | 20.8237655070 |
| Aug 8 2029 | 20.8499027434 |
| Sep 8 2029 | 20.8763165990 |
| Oct 8 2029 | 20.9068632092 |
| Nov 8 2029 | 20.9377186226 |
| Dec 8 2029 | 20.9171924177 |
| Jan 8 2030 | 20.9519873779 |
| Feb 8 2030 | 20.9871233555 |
| Mar 8 2030 | 21.0226037737 |
| Apr 8 2030 | 21.0584320909 |
| May 8 2030 | 21.0986824639 |
| Jun 8 2030 | 21.1393155408 |
| Jul 8 2030 | 21.1844057401 |
| Aug 8 2030 | 21.2299139730 |
| Sep 8 2030 | 21.2758442601 |
| Oct 8 2030 | 21.3262713249 |
| Nov 8 2030 | 21.3771563865 |
| Dec 8 2030 | 21.4285037754 |
| Jan 8 2031 | 21.4843885282 |
| Feb 8 2031 | 21.5407721790 |
| Mar 8 2031 | 21.5976593763 |
| Apr 8 2031 | 21.6550548133 |
| May 8 2031 | 21.7185952777 |
| Jun 8 2031 | 21.7826919436 |
| Jul 8 2031 | 21.8529819529 |
| Aug 8 2031 | 21.9238768367 |
| Sep 8 2031 | 21.9953820476 |
| Oct 8 2031 | 22.0731351389 |
| Nov 8 2031 | 22.1515480557 |
| Dec 8 2031 | 22.2306266683 |
| Jan 8 2032 | 22.3160089507 |
| Feb 8 2032 | 22.4021072723 |
| Mar 8 2032 | 22.4889279308 |
| Apr 8 2032 | 22.5764772820 |
| May 8 2032 | 22.6707346484 |
| Jun 8 2032 | 22.7657743600 |
| Jul 8 2032 | 22.8675761360 |
| Aug 8 2032 | 22.9702147063 |
| Sep 8 2032 | 23.0736972848 |
| Oct 8 2032 | 23.1840040590 |
| Nov 8 2032 | 23.2952102303 |

Schedule 3-A
to Facility Lease

**Termination Values**
(Expressed as a % of Purchase Price)
Facility - Roseton

| Termination Date | Termination Value Percentage |
|---|---|
| Dec 8 2032 | 23.4073234882 |
| Jan 8 2033 | 23.5263244993 |
| Feb 8 2033 | 23.6462889483 |
| Mar 8 2033 | 23.7672250114 |
| Apr 8 2033 | 23.8891409375 |
| May 8 2033 | 24.0183792241 |
| Jun 8 2033 | 24.1486573235 |
| Jul 8 2033 | 24.2863181769 |
| Aug 8 2033 | 24.4250796841 |
| Sep 8 2033 | 24.5649510622 |
| Oct 8 2033 | 24.7122757842 |
| Nov 8 2033 | 24.8607722857 |
| Dec 8 2033 | 25.0104503239 |
| Jan 8 2034 | 25.1676539164 |
| Feb 8 2034 | 25.3261020474 |
| Mar 8 2034 | 25.4858050272 |
| Apr 8 2034 | 25.6467732557 |
| May 8 2034 | 25.8157251317 |
| Jun 8 2034 | 25.9860091098 |
| Jul 8 2034 | 26.1643440844 |
| Aug 8 2034 | 26.3440790098 |
| Sep 8 2034 | 26.5252253754 |
| Oct 8 2034 | 26.7145026780 |
| Nov 8 2034 | 26.9052604787 |
| Dec 8 2034 | 27.0975108788 |
| Jan 8 2035 | 27.2979739917 |
| Feb 8 2035 | 27.5000000000 |

EXHIBIT <u>A-1</u>
to
<u>Facility Lease</u>

## DESCRIPTION OF FACILITY SITES

### FACILITY SITE

ALL those parcels of land situate in the Town of Newburgh, County of Orange and State of New York, bounded and described as follows:

### ROSETON PARCEL 1A

**BEGINNING** at the southwesterly corner of the herein described parcel, said point being at the intersection of the northerly line of lands now or formerly of Amerada Hess Corporation and the centerline of River Road, said point of beginning also being distant North 49 degrees 50 minutes 24 seconds West 26.00 feet from a Central Hudson Gas and Electric Corporation monument recovered (leaning), thence along the centerline of River Road the following five (5) courses and distances:

1. North 23 degrees 58 minutes 06 seconds East 92.30 feet,
2. North 26 degrees 12 minutes 36 seconds East 415.37 feet,
3. North 06 degrees 40 minutes 24 seconds West 107.80 feet,
4. North 17 degrees 35 minutes 24 seconds West 531.00 feet, thence leaving said centerline of River Road,
5. South 88 degrees 13 minutes 54 seconds East 28.39 feet, to a point on the easterly line of River Road, thence along said easterly line of River Road the following eight (8) courses and distances:

6. North 16 degrees 30 minutes 34 seconds West 27.81 feet,
7. North 04 degrees 36 minutes 36 seconds East 179.41 feet,
8. North 25 degrees 57 minutes 11 seconds East 168.53 feet,
9. North 27 degrees 23 minutes 11 seconds East 60.03 feet,
10. North 19 degrees 43 minutes 36 seconds East 71.98 feet,
11. North 11 degrees 36 minutes 26 seconds East 259.68 feet,
12. 207.64 feet on a curve to right having a radius of 200.90 feet and a long chord of North 41 degrees 13 minutes 16 seconds East 198.55 feet,
13. North 70 degrees 50 minutes 06 seconds East 319.12 feet,
14. 397.50 feet on a curve to the left having a radius of 245.00 feet and a long chord of North 24 degrees 21 minutes 19 seconds East 355.31 feet to a point on the easterly line of Danskammer Road, thence running along the former division line between Rice and Brooks to the north

EXH. A-2-1

(Danskammer Site) and the Jova Brick Company, Inc. to the south (Roseton Site) the following ten (10) courses and distances:

15. North 52 degrees 03 minutes 46 seconds East 253.71 feet,
16. South 25 degrees 12 minutes 14 seconds East 140.00 feet,
17. South 73 degrees 52 minutes 14 seconds East 544.00 feet,
18. South 83 degrees 37 minutes 44 seconds East 121.42 feet,
19. South 73 degrees 20 minutes 34 seconds East 330.00 feet,
20. South 77 degrees 21 minutes 44 seconds East 146.00 feet,
21. South 73 degrees 15 minutes 44 seconds East 100.00 feet,
22. South 77 degrees 12 minutes 14 seconds East 144.00 feet,
23. South 67 degrees 42 minutes 14 seconds East 73.50 feet,
24. South 55 degrees 02 minutes 14 seconds East 217.14 feet to the westerly line of lands now or formerly of CSX Rail Corp., thence along said westerly line of lands of CSX Rail Corp. the following five (5) courses and distances:

25. South 27 degrees 01 minutes 46 seconds West 565.84 feet,
26. 846.30 feet on a curve to the right, having a radius of 2815.50 feet and a long chord of South 35 degrees 38 minutes 26 seconds West 843.11 feet,
27. South 44 degrees 15 minutes 06 seconds West 488.41 feet to a point on the southerly line of lands formerly of the Jova Brick Works (now R.T.I.C.) said point also being on the northerly line of lands formerly of the Atlantic Refining Company (now R.T.I.C.), thence continuing along the aforementioned westerly line of lands now or formerly of CSX Rail Corp.,
28. South 44 degrees 15 minutes 06 seconds West 1310.89 feet to a point on the aforementioned northerly line of lands now or formerly of Amerada Hess Corporation, thence along said northerly line of lands now or formerly of Amerada Hess Corporation,
29. North 49 degrees 50 minutes 24 seconds West generally along the southerly face of timber cribbing, 888.84 feet to the point of **BEGINNING**.

Excepting therefrom, the Additional Facility Site described on Exhibit A-2.

EXH. A-2

DOCSNY1:787972.5

## ROSETON PARCEL 4

**ALL** that parcel of land, now or formerly under the waters of Hudson River, situated in the Town of Newburgh, County of Orange, bounded and described as follows:

**BEGINNING** at a point in the division line between grants of land under water to J.C. Bancroft Davis by patent dated June 25, 1869 and Governeur M. Armstrong and others by patent dated November 13, 1869 at its intersection with the easterly right-of-way line of the Penn Central Railroad, said point 49.56 feet as measured along said division line from its intersection with the centerline of said railroad at station 326+601.0; thence into the waters of Hudson River and along said division line;

1. South 43 degrees 00 minutes 20 seconds East, 369.93 feet to the northeasterly corner of said grant to J.C. Bancroft Davis; thence along the easterly line of said grant
2. South 55 degrees 44 minutes 40 seconds West, 1,273.75 feet to its intersection with the division line between the lands of Central Hudson Gas and Electric Corporation, by deed dated June 24, 1966 and filed in the Orange County Clerk's Office in Liber 1747 of Deeds at Page 830 on the north and Hess Oil & Chemical Corporation on the south; thence along said division line,
3. North 49 degrees 50 minutes 20 seconds West 226.07 to the beforementioned easterly right-of-way line of the Penn Central Railroad; thence along said right-of-way line,
4. North 44 degrees 15 minutes 10 seconds East 1,299.41 feet to the point of **BEGINNING**.

EXH. A-3

### ROSETON PARCEL 6

ALL that parcel of land, now or formerly under the waters of Hudson River, situated in the Town of Newburgh, County of Orange, bounded and described as follows:

BEGINNING at a point in the division line between grants of land under water to J.C. Bancroft Davis by patent dated June 25, 1869 and Governeur M. Armstrong and others by patent dated November 13, 1869 at its intersection with the easterly right-of-way line of the Penn Central Railroad, said point being 33.04 feet as measured along said division line from its intersection with the centerline of said railroad at station 326+601; thence along said easterly right-of-way line the following five (5) courses and distances:

1. North 44 degrees 15 minutes 10 seconds East 492.08 feet,
2. 753.03 feet on a curve to the left, having a radius of 2,898.00 feet and a long chord of North 36 degrees 48 minutes 30 seconds East 750.92 feet,
3. South 60 degrees 38 minutes 10 seconds East 16.50 feet,
4. 118.73 feet on a curve to the left, having a radius of 2,914.50 feet and a long chord of North 28 degrees 11 minutes 50 seconds East 118.71 feet,
5. North 27 degrees 01 minutes 50 seconds East 554.30 feet to the division line between lands of Central Hudson Gas & Electric Corporation, Consolidated Edison Company of New York, Inc. and Niagara Mohawk Power Corporation, as tenants in common, by deed dated May 14, 1968 on the south and Central Hudson Gas and Electric Corporation on the north; thence along said division line,
6. South 64 degrees 57 minutes 10 seconds East 143.02 feet, thence continuing along said division line partially on land and partially into the waters of the Hudson River,
7. South 43 degrees 00 minutes 20 seconds East 451.71 feet to the exterior line of said grant of land under water to Governeur M. Armstrong and others; thence along said exterior line
8. South 38 degrees 18 minutes 22 seconds West 1,239.88 feet and
9. South 52 degrees 29 minutes 44 seconds West 700.00 feet to the beforementioned division line between the grants of land under water to Governeur M. Armstrong and J.C. Bancroft Davis; thence along said division line,
10. North 43 degrees 00 minutes 20 seconds West 336.45 feet to the point of BEGINNING.