Schedule 1-A
to Facility Lease

Periodic Lease Rent and Section 467 Loan Balance Percentages
(Expressed as a % of Purchase Price)
Facility - Danskammer

| Rent Payment Date | Periodic Lease Rent Percentage | Section 467 Loan Balance Percentage |
|---|---|---|
| May 8 2001 | 0.0000000000 | (5.1499259783) |
| Nov 8 2001 | 3.2126666667 | (2.0891821280) |
| May 8 2002 | 3.2126666667 | 1.0618536659 |
| Nov 8 2002 | 3.2126666667 | (1.3792997247) |
| May 8 2003 | 3.2126666667 | (5.9229457686) |
| Nov 8 2003 | 3.2126666667 | (2.8850060021) |
| May 8 2004 | 3.2126666667 | (8.2927285974) |
| Nov 8 2004 | 3.2126666667 | (5.3246974244) |
| May 8 2005 | 3.2126666667 | (8.8403042474) |
| Nov 8 2005 | 3.2126666667 | (5.8884265560) |
| May 8 2006 | 3.2126666667 | (14.1270597469) |
| Nov 8 2006 | 3.2126666667 | (11.3311413428) |
| May 8 2007 | 3.2126666667 | (8.4527433457) |
| Nov 8 2007 | 3.2126666667 | (13.4463997845) |
| May 8 2008 | 4.2102621634 | (9.6328064157) |
| Nov 8 2008 | 25.5106666667 | 7.6367252850 |
| May 8 2009 | 2.4021612834 | 10.2641699642 |
| Nov 8 2009 | 32.5478710000 | 35.1578668014 |
| May 8 2010 | 1.3063515000 | 37.5013753720 |
| Nov 8 2010 | 18.3399924542 | 49.6512548692 |
| May 8 2011 | 1.2962379167 | 52.4122048045 |
| Nov 8 2011 | 1.2962379167 | 48.7443568910 |
| May 8 2012 | 1.2962379167 | 51.4785533360 |
| Nov 8 2012 | 26.1916140000 | 72.6785387875 |
| May 8 2013 | 0.0000000000 | 74.8225556817 |
| Nov 8 2013 | 0.0003297667 | 70.5199049691 |
| May 8 2014 | 0.0000000000 | 72.6002421657 |
| Nov 8 2014 | 0.0000000000 | 68.2317034377 |
| May 8 2015 | 0.0000000000 | 70.2445386891 |
| Nov 8 2015 | 0.0000000000 | 65.8065067085 |
| May 8 2016 | 0.0000000000 | 67.7477986564 |
| Nov 8 2016 | 0.0000000000 | 63.2361128449 |
| May 8 2017 | 0.0000000000 | 65.1015781738 |
| Nov 8 2017 | 0.0000000000 | 60.1708330729 |
| May 8 2018 | 0.0000000000 | 61.9458726485 |
| Nov 8 2018 | 0.0000000000 | 55.8163087149 |
| May 8 2019 | 0.0000000000 | 57.4628898220 |
| Nov 8 2019 | 0.0000000000 | 51.2010778949 |
| May 8 2020 | 0.0000000000 | 52.7115096928 |
| Nov 8 2020 | 0.0000000000 | 47.4366854957 |
| May 8 2021 | 0.0289763977 | 48.8650441155 |
| Nov 8 2021 | 0.2454573698 | 44.0417744149 |
| May 8 2022 | 0.6673793532 | 46.0083861133 |
| Nov 8 2022 | 0.6696645305 | 41.5250521623 |
| May 8 2023 | 0.6938484084 | 43.4438896094 |
| Nov 8 2023 | 0.6962242186 | 38.9114626996 |
| May 8 2024 | 0.7213362424 | 40.7806870917 |
| Nov 8 2024 | 0.7238061739 | 36.1972776628 |
| May 8 2025 | 0.7504936477 | 38.0155910016 |
| Nov 8 2025 | 0.3487744745 | 32.9755795387 |
| May 8 2026 | 0.0000000000 | 33.9483591351 |
| Nov 8 2026 | 0.0000000000 | 28.4395898577 |
| May 8 2027 | 0.0000000000 | 29.2785577585 |
| Nov 8 2027 | 0.0000000000 | 23.6320293405 |
| May 8 2028 | 0.0000000000 | 24.3291742060 |
| Nov 8 2028 | 0.0000000000 | 17.0899176683 |
| May 8 2029 | 0.0000000000 | 17.5940702395 |
| Nov 8 2029 | 0.0000000000 | 12.9878825734 |
| May 8 2030 | 0.0000000000 | 3.7537458839 |
| Nov 8 2030 | 0.0000000000 | 3.8644813875 |
| May 8 2031 | 0.0000000000 | 0.0000000000 |

Schedule 2-A
to Facility Lease

Allocation, Proportional Rent and
Section 467 Interest Percentages
(Expressed as a % of Purchase Price)
Facility -Danskammer

| ----Rent Payment Period---- | | Proportional Rent Percentage | Allocation Percentage | Section 467 Interest Percentage |
|---|---|---|---|---|
| From and Including | To but Excluding | | | |
| May 8 2001 | May 9 2001 | 5.1499259783 | 3.8375844106 | 0.0000000000 |
| May 9 2001 | Nov 8 2001 | 0.0000000000 | 0.0000000000 | (0.1519228164) |
| Nov 8 2001 | May 8 2002 | 0.0000000000 | 0.0000000000 | (0.0616308728) |
| May 8 2002 | Nov 8 2002 | 5.6851447404 | 4.2364148377 | 0.0313246831 |
| Nov 8 2002 | May 8 2003 | 7.7156233686 | 5.7494721443 | (0.0406893419) |
| May 8 2003 | Nov 8 2003 | 0.0000000000 | 0.0000000000 | (0.1747269002) |
| Nov 8 2003 | May 8 2004 | 8.5352815850 | 6.3602590966 | (0.0851076771) |
| May 8 2004 | Nov 8 2004 | 0.0000000000 | 0.0000000000 | (0.2446354936) |
| Nov 8 2004 | May 8 2005 | 6.5711949157 | 4.8966752674 | (0.1570785740) |
| May 8 2005 | Nov 8 2005 | 0.0000000000 | 0.0000000000 | (0.2607889753) |
| Nov 8 2005 | May 8 2006 | 11.2775912742 | 8.4037534995 | (0.1737085834) |
| May 8 2006 | Nov 8 2006 | 0.0000000000 | 0.0000000000 | (0.4167482625) |
| Nov 8 2006 | May 8 2007 | 0.0000000000 | 0.0000000000 | (0.3342686696) |
| May 8 2007 | Nov 8 2007 | 7.9569671768 | 5.9293149691 | (0.2493559287) |
| Nov 8 2007 | May 8 2008 | 0.0000000000 | 0.0000000000 | (0.3966687936) |
| May 8 2008 | Nov 8 2008 | 7.9569671768 | 5.9293149691 | (0.2841677893) |
| Nov 8 2008 | May 8 2009 | 0.0000000000 | 0.0000000000 | 0.2252833959 |
| May 8 2009 | Nov 8 2009 | 7.9569671768 | 5.9293149691 | 0.3027930139 |
| Nov 8 2009 | May 8 2010 | 0.0000000000 | 0.0000000000 | 1.0371570706 |
| May 8 2010 | Nov 8 2010 | 7.2964035304 | 5.4370809521 | 1.1062905735 |
| Nov 8 2010 | May 8 2011 | 0.0000000000 | 0.0000000000 | 1.4647120186 |
| May 8 2011 | Nov 8 2011 | 6.5102458719 | 4.8512577020 | 1.5461600417 |
| Nov 8 2011 | May 8 2012 | 0.0000000000 | 0.0000000000 | 1.4379585283 |
| May 8 2012 | Nov 8 2012 | 6.5102458719 | 4.8512577020 | 1.5186173234 |
| Nov 8 2012 | May 8 2013 | 0.0000000000 | 0.0000000000 | 2.1440168942 |
| May 8 2013 | Nov 8 2013 | 6.5102458719 | 4.8512577020 | 2.2072653926 |
| Nov 8 2013 | May 8 2014 | 0.0000000000 | 0.0000000000 | 2.0803371966 |
| May 8 2014 | Nov 8 2014 | 6.5102458719 | 4.8512577020 | 2.1417071439 |
| Nov 8 2014 | May 8 2015 | 0.0000000000 | 0.0000000000 | 2.0128352514 |
| May 8 2015 | Nov 8 2015 | 6.5102458719 | 4.8512577020 | 2.0722138913 |
| Nov 8 2015 | May 8 2016 | 0.0000000000 | 0.0000000000 | 1.9412919479 |
| May 8 2016 | Nov 8 2016 | 6.5102458719 | 4.8512577020 | 1.9985600604 |
| Nov 8 2016 | May 8 2017 | 0.0000000000 | 0.0000000000 | 1.8654653289 |
| May 8 2017 | Nov 8 2017 | 6.8512416571 | 5.1053584628 | 1.9204965561 |
| Nov 8 2017 | May 8 2018 | 0.0000000000 | 0.0000000000 | 1.7750395756 |
| May 8 2018 | Nov 8 2018 | 7.9569671768 | 5.9293149691 | 1.8274032431 |
| Nov 8 2018 | May 8 2019 | 0.0000000000 | 0.0000000000 | 1.6465811071 |
| May 8 2019 | Nov 8 2019 | 7.9569671768 | 5.9293149691 | 1.6951552497 |
| Nov 8 2019 | May 8 2020 | 0.0000000000 | 0.0000000000 | 1.5104317979 |
| May 8 2020 | Nov 8 2020 | 6.8298137331 | 5.0893909581 | 1.5549895359 |
| Nov 8 2020 | May 8 2021 | 0.0000000000 | 0.0000000000 | 1.3993822221 |
| May 8 2021 | Nov 8 2021 | 6.5102458719 | 4.8512577020 | 1.4415188014 |
| Nov 8 2021 | May 8 2022 | 0.0000000000 | 0.0000000000 | 1.2992323452 |
| May 8 2022 | Nov 8 2022 | 6.5102458719 | 4.8512577020 | 1.3572473903 |
| Nov 8 2022 | May 8 2023 | 0.0000000000 | 0.0000000000 | 1.2249890388 |
| May 8 2023 | Nov 8 2023 | 6.5102458719 | 4.8512577020 | 1.2815947435 |
| Nov 8 2023 | May 8 2024 | 0.0000000000 | 0.0000000000 | 1.1478881496 |
| May 8 2024 | Nov 8 2024 | 6.5102458719 | 4.8512577020 | 1.2030302692 |
| Nov 8 2024 | May 8 2025 | 0.0000000000 | 0.0000000000 | 1.0678196911 |
| May 8 2025 | Nov 8 2025 | 6.5102458719 | 4.8512577020 | 1.1214599345 |
| Nov 8 2025 | May 8 2026 | 0.0000000000 | 0.0000000000 | 0.9727795964 |
| May 8 2026 | Nov 8 2026 | 6.5102458719 | 4.8512577020 | 1.0014765945 |
| Nov 8 2026 | May 8 2027 | 0.0000000000 | 0.0000000000 | 0.8389679008 |
| May 8 2027 | Nov 8 2027 | 6.5102458719 | 4.8512577020 | 0.8637174539 |
| Nov 8 2027 | May 8 2028 | 0.0000000000 | 0.0000000000 | 0.6971448655 |
| May 8 2028 | Nov 8 2028 | 7.9569671768 | 5.9293149691 | 0.7177106391 |
| Nov 8 2028 | May 8 2029 | 0.0000000000 | 0.0000000000 | 0.5041525712 |
| May 8 2029 | Nov 8 2029 | 5.1252127382 | 3.8191687779 | 0.5190250721 |
| Nov 8 2029 | May 8 2030 | 9.6172792255 | 7.1665342343 | 0.3831425359 |
| May 8 2030 | Nov 8 2030 | 0.0000000000 | 0.0000000000 | 0.1107355036 |
| Nov 8 2030 | May 9 2031 | 3.9784835884 | 2.9646574846 | 0.1140022009 |

Schedule 3-A
to Facility Lease

Termination Values
(Expressed as a % of Purchase Price)
Facility - Danskammer

| Termination Date | Termination Value Percentage |
|---|---|
| Jun 8 2001 | 103.0597454349 |
| Jul 8 2001 | 103.7543855685 |
| Aug 8 2001 | 104.4501167541 |
| Sep 8 2001 | 105.1469464862 |
| Oct 8 2001 | 105.8416517844 |
| Nov 8 2001 | 106.5374487251 |
| Dec 8 2001 | 104.0216781417 |
| Jan 8 2002 | 104.7164503927 |
| Feb 8 2002 | 105.4123148936 |
| Mar 8 2002 | 106.1092791501 |
| Apr 8 2002 | 106.8073507197 |
| May 8 2002 | 107.5012654468 |
| Jun 8 2002 | 104.9836001125 |
| Jul 8 2002 | 105.6744237541 |
| Aug 8 2002 | 106.3663130117 |
| Sep 8 2002 | 107.0592752126 |
| Oct 8 2002 | 107.7480459694 |
| Nov 8 2002 | 108.4378684965 |
| Dec 8 2002 | 105.9160833620 |
| Jan 8 2003 | 106.6027594182 |
| Feb 8 2003 | 107.2904731192 |
| Mar 8 2003 | 107.9792316049 |
| Apr 8 2003 | 108.6690420647 |
| May 8 2003 | 109.3553251402 |
| Jun 8 2003 | 106.8299767477 |
| Jul 8 2003 | 107.5137507490 |
| Aug 8 2003 | 108.1985429463 |
| Sep 8 2003 | 108.8843603509 |
| Oct 8 2003 | 109.5666234246 |
| Nov 8 2003 | 110.2498945701 |
| Dec 8 2003 | 107.7215140644 |
| Jan 8 2004 | 108.4022356355 |
| Feb 8 2004 | 109.0839549512 |
| Mar 8 2004 | 109.7666788869 |
| Apr 8 2004 | 110.4504143657 |
| May 8 2004 | 111.1311543634 |
| Jun 8 2004 | 108.6002258327 |
| Jul 8 2004 | 109.2789549924 |
| Aug 8 2004 | 109.9586687045 |
| Sep 8 2004 | 110.6393737588 |
| Oct 8 2004 | 111.3170629968 |
| Nov 8 2004 | 111.9957299026 |
| Dec 8 2004 | 109.4627145546 |
| Jan 8 2005 | 110.1393430826 |
| Feb 8 2005 | 110.8169422587 |
| Mar 8 2005 | 111.4955187825 |
| Apr 8 2005 | 112.1750793999 |
| May 8 2005 | 112.8521085041 |
| Jun 8 2005 | 110.3174446278 |
| Jul 8 2005 | 110.9929054280 |
| Aug 8 2005 | 111.6693293675 |
| Sep 8 2005 | 112.3467230992 |
| Oct 8 2005 | 113.0215709231 |
| Nov 8 2005 | 113.6973779441 |
| Dec 8 2005 | 111.1614841243 |
| Jan 8 2006 | 111.8357070725 |
| Feb 8 2006 | 112.5108852024 |
| Mar 8 2006 | 113.1870251180 |
| Apr 8 2006 | 113.8641334691 |
| May 8 2006 | 114.5392857373 |
| Jun 8 2006 | 112.0027332081 |
| Jul 8 2006 | 112.6768846531 |
| Aug 8 2006 | 113.3519913146 |

Schedule 3-A
to Facility Lease

Termination Values
(Expressed as a % of Purchase Price)
Facility - Danskammer

| Termination Date | Termination Value Percentage |
|---|---|
| Sep 8 2006 | 114.0280598024 |
| Oct 8 2006 | 114.7021655575 |
| Nov 8 2006 | 115.3772264914 |
| Dec 8 2006 | 112.8405825497 |
| Jan 8 2007 | 113.5146425095 |
| Feb 8 2007 | 114.1896576183 |
| Mar 8 2007 | 114.8656344914 |
| Apr 8 2007 | 115.5425797901 |
| May 8 2007 | 116.2179003320 |
| Jun 8 2007 | 113.6815183510 |
| Jul 8 2007 | 114.3561739712 |
| Aug 8 2007 | 115.0317893990 |
| Sep 8 2007 | 115.7083712877 |
| Oct 8 2007 | 116.3833264469 |
| Nov 8 2007 | 117.0592437691 |
| Dec 8 2007 | 114.5234632602 |
| Jan 8 2008 | 115.1987250827 |
| Feb 8 2008 | 115.8749514822 |
| Mar 8 2008 | 116.5521491510 |
| Apr 8 2008 | 117.2303248286 |
| May 8 2008 | 117.9073457034 |
| Jun 8 2008 | 114.3646066894 |
| Jul 8 2008 | 115.0309025584 |
| Aug 8 2008 | 115.6981024848 |
| Sep 8 2008 | 116.3662127552 |
| Oct 8 2008 | 117.0331001023 |
| Nov 8 2008 | 117.7008958964 |
| Dec 8 2008 | 92.7238510746 |
| Jan 8 2009 | 93.2562544535 |
| Feb 8 2009 | 93.7895707710 |
| Mar 8 2009 | 94.3238063820 |
| Apr 8 2009 | 94.8589676858 |
| May 8 2009 | 95.3933813740 |
| Jun 8 2009 | 93.5265606591 |
| Jul 8 2009 | 94.0611550925 |
| Aug 8 2009 | 94.5966781824 |
| Sep 8 2009 | 95.1331363987 |
| Oct 8 2009 | 95.6688565042 |
| Nov 8 2009 | 96.2055133491 |
| Dec 8 2009 | 64.0126077506 |
| Jan 8 2010 | 64.3668432147 |
| Feb 8 2010 | 64.7220236518 |
| Mar 8 2010 | 65.0781556520 |
| Apr 8 2010 | 65.4352458518 |
| May 8 2010 | 65.7914441111 |
| Jun 8 2010 | 64.8422498111 |
| Jul 8 2010 | 65.1985158198 |
| Aug 8 2010 | 65.5557415266 |
| Sep 8 2010 | 65.9139336311 |
| Oct 8 2010 | 66.2712420572 |
| Nov 8 2010 | 66.6295177500 |
| Dec 8 2010 | 48.5118881289 |
| Jan 8 2011 | 48.7328313835 |
| Feb 8 2011 | 48.9542023523 |
| Mar 8 2011 | 49.1760041141 |
| Apr 8 2011 | 49.3982397703 |
| May 8 2011 | 49.6181974674 |
| Jun 8 2011 | 48.5388388842 |
| Jul 8 2011 | 48.7534040328 |
| Aug 8 2011 | 48.9683543483 |
| Sep 8 2011 | 49.1836926297 |
| Oct 8 2011 | 49.3967067185 |
| Nov 8 2011 | 49.6100959037 |

Schedule 3-A
to Facility Lease

Termination Values
(Expressed as a % of Purchase Price)
Facility - Danskammer

| Termination Date | Termination Value Percentage |
|---|---|
| Dec 8 2011 | 48.5241250042 |
| Jan 8 2012 | 48.7320337439 |
| Feb 8 2012 | 48.9402832679 |
| Mar 8 2012 | 49.1488760834 |
| Apr 8 2012 | 49.3578147161 |
| May 8 2012 | 49.5644988630 |
| Jun 8 2012 | 48.4717782556 |
| Jul 8 2012 | 48.6730044543 |
| Aug 8 2012 | 48.8745269447 |
| Sep 8 2012 | 49.0763479420 |
| Oct 8 2012 | 49.2758668300 |
| Nov 8 2012 | 49.4756709423 |
| Dec 8 2012 | 23.3224003785 |
| Jan 8 2013 | 23.3584218722 |
| Feb 8 2013 | 23.3947086281 |
| Mar 8 2013 | 23.4312626620 |
| Apr 8 2013 | 23.4680860057 |
| May 8 2013 | 23.5030135538 |
| Jun 8 2013 | 23.5381997328 |
| Jul 8 2013 | 23.5714793690 |
| Aug 8 2013 | 23.6050068200 |
| Sep 8 2013 | 23.6387839962 |
| Oct 8 2013 | 23.6706456697 |
| Nov 8 2013 | 23.7027461440 |
| Dec 8 2013 | 23.7347540458 |
| Jan 8 2014 | 23.7651670647 |
| Feb 8 2014 | 23.7958096823 |
| Mar 8 2014 | 23.8266836988 |
| Apr 8 2014 | 23.8577909291 |
| May 8 2014 | 23.8870858210 |
| Jun 8 2014 | 23.9166036280 |
| Jul 8 2014 | 23.9442987326 |
| Aug 8 2014 | 23.9722063225 |
| Sep 8 2014 | 24.0003280965 |
| Oct 8 2014 | 24.0266183852 |
| Nov 8 2014 | 24.0531123244 |
| Dec 8 2014 | 24.0798115604 |
| Jan 8 2015 | 24.1046703713 |
| Feb 8 2015 | 24.1297238400 |
| Mar 8 2015 | 24.1549735596 |
| Apr 8 2015 | 24.1804211368 |
| May 8 2015 | 24.2041477679 |
| Jun 8 2015 | 24.2280624047 |
| Jul 8 2015 | 24.2502461820 |
| Aug 8 2015 | 24.2726079898 |
| Sep 8 2015 | 24.2951493251 |
| Oct 8 2015 | 24.3159512735 |
| Nov 8 2015 | 24.3369226758 |
| Dec 8 2015 | 24.3580649794 |
| Jan 8 2016 | 24.3774592202 |
| Feb 8 2016 | 24.3970141892 |
| Mar 8 2016 | 24.4167312834 |
| Apr 8 2016 | 24.4366119128 |
| May 8 2016 | 24.4548716341 |
| Jun 8 2016 | 24.4732855603 |
| Jul 8 2016 | 24.4900691912 |
| Aug 8 2016 | 24.5069975821 |
| Sep 8 2016 | 24.5240720408 |
| Oct 8 2016 | 24.5395080215 |
| Nov 8 2016 | 24.5550805340 |
| Dec 8 2016 | 24.5707908400 |
| Jan 8 2017 | 24.5848543478 |
| Feb 8 2017 | 24.5990460207 |

Schedule 3-A
to Facility Lease

Termination Values
(Expressed as a % of Purchase Price)
Facility - Danskammer

| Termination Date | Termination Value Percentage |
|---|---|
| Mar 8 2017 | 24.6133670741 |
| Apr 8 2017 | 24.6278187351 |
| May 8 2017 | 24.6410750031 |
| Jun 8 2017 | 24.6544553109 |
| Jul 8 2017 | 24.6666336204 |
| Aug 8 2017 | 24.6789293270 |
| Sep 8 2017 | 24.6913435946 |
| Oct 8 2017 | 24.7025503591 |
| Nov 8 2017 | 24.7138689898 |
| Dec 8 2017 | 24.7253006246 |
| Jan 8 2018 | 24.7355191734 |
| Feb 8 2018 | 24.7458439803 |
| Mar 8 2018 | 24.7562761527 |
| Apr 8 2018 | 24.7668168185 |
| May 8 2018 | 24.7773346535 |
| Jun 8 2018 | 24.7879623584 |
| Jul 8 2018 | 24.7985686285 |
| Aug 8 2018 | 24.8092861825 |
| Sep 8 2018 | 24.8201161918 |
| Oct 8 2018 | 24.8309273818 |
| Nov 8 2018 | 24.8418525025 |
| Dec 8 2018 | 24.8528927563 |
| Jan 8 2019 | 24.8639169004 |
| Feb 8 2019 | 24.8750577167 |
| Mar 8 2019 | 24.8863164400 |
| Apr 8 2019 | 24.8976943181 |
| May 8 2019 | 24.9093017588 |
| Jun 8 2019 | 24.9210316347 |
| Jul 8 2019 | 24.9329943855 |
| Aug 8 2019 | 24.9450829160 |
| Sep 8 2019 | 24.9572985517 |
| Oct 8 2019 | 24.9697517790 |
| Nov 8 2019 | 24.9823355496 |
| Dec 8 2019 | 24.9950512367 |
| Jan 8 2020 | 25.0080093743 |
| Feb 8 2020 | 25.0211029629 |
| Mar 8 2020 | 25.0343334245 |
| Apr 8 2020 | 25.0477021960 |
| May 8 2020 | 25.0607488453 |
| Jun 8 2020 | 25.0739335720 |
| Jul 8 2020 | 25.0872578373 |
| Aug 8 2020 | 25.1007231177 |
| Sep 8 2020 | 25.1143309057 |
| Oct 8 2020 | 25.1280827095 |
| Nov 8 2020 | 25.1419800531 |
| Dec 8 2020 | 25.1560244725 |
| Jan 8 2021 | 25.1702175326 |
| Feb 8 2021 | 25.1845608029 |
| Mar 8 2021 | 25.1990558728 |
| Apr 8 2021 | 25.2137043488 |
| May 8 2021 | 25.2285078548 |
| Jun 8 2021 | 25.2144916339 |
| Jul 8 2021 | 25.2296101353 |
| Aug 8 2021 | 25.2448886438 |
| Sep 8 2021 | 25.2603288498 |
| Oct 8 2021 | 25.2772123509 |
| Nov 8 2021 | 25.2942697254 |
| Dec 8 2021 | 25.0647479975 |
| Jan 8 2022 | 25.0808522905 |
| Feb 8 2022 | 25.0971270209 |
| Mar 8 2022 | 25.1135739836 |
| Apr 8 2022 | 25.1301950166 |
| May 8 2022 | 25.1504837813 |

Schedule 3-A
to Facility Lease

Termination Values
(Expressed as a % of Purchase Price)
Facility - Danskammer

| Termination Date | Termination Value Percentage |
|---|---|
| Jun 8 2022 | 24.5000791346 |
| Jul 8 2022 | 24.5172334901 |
| Aug 8 2022 | 24.5345693959 |
| Sep 8 2022 | 24.5520887733 |
| Oct 8 2022 | 24.5732853900 |
| Nov 8 2022 | 24.5946932140 |
| Dec 8 2022 | 23.9431102088 |
| Jan 8 2023 | 23.9613830969 |
| Feb 8 2023 | 23.9798493731 |
| Mar 8 2023 | 23.9985110840 |
| Apr 8 2023 | 24.0173702981 |
| May 8 2023 | 24.0400594212 |
| Jun 8 2023 | 23.3654715260 |
| Jul 8 2023 | 23.3849358795 |
| Aug 8 2023 | 23.4046062308 |
| Sep 8 2023 | 23.4244847600 |
| Oct 8 2023 | 23.4482039860 |
| Nov 8 2023 | 23.4721605965 |
| Dec 8 2023 | 22.7964527536 |
| Jan 8 2024 | 22.8171862609 |
| Feb 8 2024 | 22.8381391978 |
| Mar 8 2024 | 22.8593138866 |
| Apr 8 2024 | 22.8807126742 |
| May 8 2024 | 22.9061120684 |
| Jun 8 2024 | 22.2066299513 |
| Jul 8 2024 | 22.2287153663 |
| Aug 8 2024 | 22.2510345185 |
| Sep 8 2024 | 22.2735898818 |
| Oct 8 2024 | 22.3001580920 |
| Nov 8 2024 | 22.3269932980 |
| Dec 8 2024 | 21.6264662259 |
| Jan 8 2025 | 21.6499916983 |
| Feb 8 2025 | 21.6737661486 |
| Mar 8 2025 | 21.6977922118 |
| Apr 8 2025 | 21.7220725508 |
| May 8 2025 | 21.7505365486 |
| Jun 8 2025 | 21.0248398933 |
| Jul 8 2025 | 21.0498993206 |
| Aug 8 2025 | 21.0752239602 |
| Sep 8 2025 | 21.1008166188 |
| Oct 8 2025 | 21.1306068249 |
| Nov 8 2025 | 21.1606975529 |
| Dec 8 2025 | 20.8386552760 |
| Jan 8 2026 | 20.8695958848 |
| Feb 8 2026 | 20.9008479860 |
| Mar 8 2026 | 20.9324147672 |
| Apr 8 2026 | 20.9642994491 |
| May 8 2026 | 21.0006400188 |
| Jun 8 2026 | 21.0373332506 |
| Jul 8 2026 | 21.0785173918 |
| Aug 8 2026 | 21.1200894788 |
| Sep 8 2026 | 21.1620532906 |
| Oct 8 2026 | 21.2085473765 |
| Nov 8 2026 | 21.2554690776 |
| Dec 8 2026 | 21.3028224798 |
| Jan 8 2027 | 21.3547464421 |
| Feb 8 2027 | 21.4071386175 |
| Mar 8 2027 | 21.4600034064 |
| Apr 8 2027 | 21.5133452517 |
| May 8 2027 | 21.5715550459 |
| Jun 8 2027 | 21.6302808500 |
| Jul 8 2027 | 21.6939138483 |
| Aug 8 2027 | 21.7581023963 |

Schedule 3-A
to Facility Lease

Termination Values
(Expressed as a % of Purchase Price)
Facility - Danskammer

| Termination Date | Termination Value Percentage |
|---|---|
| Sep 8 2027 | 21.8228515688 |
| Oct 8 2027 | 21.8925528950 |
| Nov 8 2027 | 21.9628550779 |
| Dec 8 2027 | 22.0337635429 |
| Jan 8 2028 | 22.1096701722 |
| Feb 8 2028 | 22.1862240249 |
| Mar 8 2028 | 22.2634308854 |
| Apr 8 2028 | 22.3412965917 |
| May 8 2028 | 22.4258209039 |
| Jun 8 2028 | 22.5110568104 |
| Jul 8 2028 | 22.6030044609 |
| Aug 8 2028 | 22.6957172366 |
| Sep 8 2028 | 22.7892018156 |
| Oct 8 2028 | 22.8894588042 |
| Nov 8 2028 | 22.9905420439 |
| Dec 8 2028 | 23.0924586766 |
| Jan 8 2029 | 23.2012097763 |
| Feb 8 2029 | 23.3108496556 |
| Mar 8 2029 | 23.4213859316 |
| Apr 8 2029 | 23.5328262895 |
| May 8 2029 | 23.6515127324 |
| Jun 8 2029 | 23.7711620670 |
| Jul 8 2029 | 23.8981167314 |
| Aug 8 2029 | 24.0260939706 |
| Sep 8 2029 | 24.1551024159 |
| Oct 8 2029 | 24.2914850236 |
| Nov 8 2029 | 24.4289595609 |
| Dec 8 2029 | 24.5675351856 |
| Jan 8 2030 | 24.7135553843 |
| Feb 8 2030 | 24.8607384591 |
| Mar 8 2030 | 25.0090941065 |
| Apr 8 2030 | 25.1586321078 |
| May 8 2030 | 25.3162229450 |
| Jun 8 2030 | 25.4750627799 |
| Jul 8 2030 | 25.6420225875 |
| Aug 8 2030 | 25.8102990268 |
| Sep 8 2030 | 25.9799029582 |
| Oct 8 2030 | 26.1577059515 |
| Nov 8 2030 | 26.3369052647 |
| Dec 8 2030 | 26.5175123626 |
| Jan 8 2031 | 26.7063994234 |
| Feb 8 2031 | 26.8967643190 |
| Mar 8 2031 | 27.0886191324 |
| Apr 8 2031 | 27.2819760504 |
| May 8 2031 | 27.5000000000 |

EXHIBIT A
to
Facility Lease

## DESCRIPTION OF FACILITY SITES

### FACILITY SITE

ALL those parcels of land situate in the Town of Newburgh, County of Orange and State of New York, bounded and described as follows:

### DANSKAMMER PARCEL 1B

ALL those certain parcels of land situate in the Town of Newburgh, County of Orange and State of New York, bounded and described as follows:

BEGINNING at a point at the intersection of the northerly line of River Road and the easterly line of Danskammer Road (L. 2190 P. 216) at the south end of said Danskammer Road, thence along said south end of Danskammer Road the following three (3) courses and distances:

1. North 38 degrees 43 minutes 10 seconds West 20.00 feet,
2. North 38 degrees 04 minutes 20 seconds West 27.42 feet,
3. North 57 degrees 25 minutes 10 seconds West 2.74 feet to its intersection with the westerly line of said Danskammer Road (as conveyed to the Town of Newburgh), thence along said westerly line of Danskammer Road the following four (4) courses and distances:
4. North 51 degrees 55 minutes 40 seconds East 191.85 feet,
5. 65.95 feet on a curve to the left having a radius of 80.00 feet and a long chord of North 28 degrees 18 minutes 40 seconds East 64.10 feet,
6. North 04 degrees 41 minutes 40 seconds East 625.32 feet,
7. 1.61 feet on a curve to the right having a radius of 190.00 feet and a long chord of North 04 degrees 56 minutes 14 seconds East 1.61 feet to its intersection with the northerly line of Parcel 1C, thence along said line of Parcel 1C,
8. North 72 degrees 16 minutes 00 seconds West 323.92 feet to its intersection with the easterly line of the Roseton substation (a 51.70 acre parcel to be retained by Central Hudson Gas and Electric Corporation), the last mentioned point being marked by monument, thence along the easterly line of said 51.70 acre parcel the following three (3) courses and distances:
9. North 09 degrees 47 minutes 10 seconds East 126.23 feet to the southerly corner of lands formerly of Ostrander-Ferguson (to be retained by Central Hudson Gas and Electric Corporation), thence along the southerly line of said Ostrander-Ferguson Parcel,

EXH. A-1-1

10. North 79 degrees 22 minutes 30 seconds East 417.50 feet to the southerly corner of lands formerly of Horace (to be retained by Central Hudson Gas and Electric Corporation), thence along the southerly line of said Horace Parcel,

11. North 80 degrees 14 minutes 30 seconds East 182.90 feet, thence along the easterly line of said Horace Parcel in part -04 minutes West 6.5 feet from utility pole no. 17297 and along the easterly line of lands now or formerly of Grove,

12. North 47 degrees 39 minutes 02 seconds East 531.56 feet to a point on the southerly line of a 4.92 acre parcel of land conveyed by New York Trap Rock Corporation to Central Hudson Gas and Electric Corporation, the last mentioned point being distant South 66 degrees 04 minutes West 6.5 feet from utility pole no. 17279, thence along the northerly line of lands now or formerly of Grove and the southerly line of the aforementioned 4.92 acre parcel,

13. North 89 degrees 49 minutes 13 seconds West 308.04 feet,

14. North 89 degrees 48 minutes 56 seconds West 295.13 feet to a 4.1 acre parcel of land formerly of Deyo and Tuckosh (to be retained by Central Hudson Gas and Electric Corporation), the last mentioned point being distant North 24 degrees 07 minutes 29 seconds East 2.66 feet from an iron rebar, thence along the easterly line of said Deyo and Tuckosh parcel,

15. North 03 degrees 56 minutes 54 seconds West 295.13 feet to a point on the southerly line of lands now or formerly of New York Trap Rock Corporation (Tilcon), thence along the southerly line of said lands now or formerly of New York Trap Rock Corporation (Tilcon), the following ten (10) course and distances,

16. South 89 degrees 49 minutes 13 seconds East 295.13 feet,

17. South 89 degrees 47 minutes 09 seconds East 527.41 feet to a point marked by a 2-1/4 inch o.d. pipe found in stones, and being distant South 00 degrees 01 minute West 13.0 feet from a 16 inch diameter twin oak tree blazed,

18. North 67 degrees 17 minutes 10 seconds East 74.26 feet,

19. North 30 degrees 09 minutes 09 seconds East 96.00 feet,

20. North 34 degrees 30 minutes 09 seconds East 61.13 feet,

21. North 72 degrees 21 minutes 40 seconds East 79.36 feet to a point marked by remains of iron pipe found,

22. North 86 degrees 18 minutes 10 seconds East 94.95 feet,

23. North 50 degrees 28 minutes 10 seconds East 52.73 feet,

24. North 89 degrees 29 minutes 36 seconds East passing over a ¾ inch rebar at 0.51 feet, 703.23 feet to a point marked by a twin Maple tree,

25. South 71 degrees 59 minutes 31 seconds East 839.04 feet to a point on the westerly line of a ten foot wide strip of land reputedly of Central Hudson Gas and Electric Corp. lying contiguous to the westerly line of lands of CSX Rail Corp., the last mentioned pointed being distant North 59 degrees 12 minutes East 6.7 feet from a ¾ inch rebar found, thence continuing,

26. South 71 degrees 59 minutes 31 seconds East 10.12 feet to the aforementioned westerly line of lands now or formerly of CSX Rail Corp., thence along the aforementioned westerly line of lands now or formerly of CSX Rail Corp. the following six (6) courses and distances:

27. South 27 degrees 01 minutes 46 seconds West (South 27 degrees 16 minutes 46 seconds West Deed) 684.24 feet, more or less,

28. South 27 degrees 01 minutes 46 seconds West 277.23 feet, more or less,

29. North 62 degrees 58 minutes 14 seconds West 20.5 feet,

30. South 27 degrees 01 minutes 46 seconds West 500 feet, more or less,

31. South 62 degrees 58 minutes 14 seconds East 20.5 feet,

EXH. A-2

32. South 27 degrees 01 minutes 46 seconds West 1125.15 feet to the northerly line of lands formerly of the Jova Brick Company, Inc. (now RTIC), thence along the former division line between Rice and Brooks to the north (Danskammer Site) and Jova Brick Company, Inc. to the south (Roseton Site) the following ten (10) courses and distances:
33. North 55 degrees 02 minutes 14 seconds West 217.14 feet,
34. North 67 degrees 42 minutes 14 seconds West 73.50 feet,
35. North 77 degrees 12 minutes 14 seconds West 144.00 feet,
36. North 73 degrees 15 minutes 44 seconds West 100.00 feet,
37. North 77 degrees 21 minutes 44 seconds West 146.00 feet,
38. North 73 degrees 20 minutes 34 seconds West 330.00 feet,
39. North 83 degrees 37 minutes 44 seconds West 121.42 feet,
40. North 73 degrees 52 minutes 14 seconds West 544.00 feet,
41. North 25 degrees 12 minutes 14 seconds West 140.00 feet,
42. North 31 degrees 35 minutes 17 seconds West 0.69 feet (to close parcel) to the easterly line of said Danskammer Road, thence along said easterly line of Danskammer Road,
43. South 51 degrees 55 minutes 40 seconds West 190.72 feet to the point of **BEGINNING**.

Excepting those parcels conveyed by Central Hudson Gas and Electric Corporation to the Town of Newburgh (Danskammer Road), by deed dated November 27, 1978 and recorded in the Orange County Clerk's Office in Liber 2190 of Deeds at Page 211 and deed dated December 15, 1980 and recorded in Liber 2190 of Deeds at Page 216.

EXH. A-3

DOCSNY1:787974.5

## DANSKAMMER PARCEL 7

BEGINNING at a point on the easterly line of lands formerly of Penn Central Railroad now CSX Rail Corp. with its intersection with the division line between lands of Central Hudson Gas and Electric Corporation, Consolidated Edison Company of New York, Inc. and Niagara Mohawk Power Corporation, as tenants in common, by deed dated May 14, 1969 on the south and Central Hudson Gas and Electric Corporation on the north, said point also being on the northwesterly projection of the northerly line of Parcel "B" (Conversion Grant) lands under waters of the Hudson River, Letters Patent dated April 20, 1971 Book 81 Page 70 also filed in the Orange County Clerk's Office May 18, 1971 in Liber 1873 of Deeds at Page 233, thence along the aforementioned easterly line of lands now or formerly of CSX Rail Corp.,

1. North 27 degrees 01 minutes 46 seconds East 3,082.60 feet to the southwesterly corner of lands underwater conveyed by Central Hudson Gas and Electric Corporation to New York Trap Rock Corporation by deed dated August 30, 1960 and recorded in the Orange County Clerk's Office in Liber 1567 of Deeds at Page 416, thence through the waters of the Hudson River and along the southerly line of the aforementioned lands now or formerly of New York Trap Rock Corporation,
2. South 62 degrees 58 minutes 16 seconds East 490.64 feet, thence continuing through the waters of the Hudson River the following three courses and distances:
3. South 11 degrees 50 minutes 00 seconds West 1,586.71 feet,
4. South 38 degrees 18 minutes 16 seconds West 1,734.12 feet to the northeasterly corner of the aforementioned Conversion Grant, thence along the northerly line of said Conversion Grant, partially under the waters of the Hudson River and partially uplands,
5. North 43 degrees 00 minutes 24 seconds West 451.71 feet and
6. North 64 degrees 57 minutes 14 seconds West 143.02 feet to the point of BEGINNING.

EXH. A-4

DOCSNY1:787974.5

EXHIBIT B
to
**Facility Lease**

### DESCRIPTION OF FACILITY

The Danskammer Electric Generation Station Unit 3 and Unit 4, a power generation facility comprised of two coal/gas-fired steam turbine-generator sets, the station structure, and, except as described below, all fixtures, components and equipment attached thereto, and all station auxiliary and support equipment and systems relating to such Units, located in the Town of Newburgh, in the County of Orange, in the State of New York, which Facility shall specifically include each of the assets listed on Exhibit B-1 hereto.

The Facility does not include (x) any furniture, fixtures, office equipment (including, personal computers and related equipment, miscellaneous small tools and equipment, materials and supplies inventories), spare part inventories, or vehicles, or (y) any of the assets listed on Exhibit C hereto.

EXHIBIT B-1
TO
FACILITY LEASE

FACILITY ASSETS OWNED BY OWNER LESSOR

Generating Station/General
- Units 3 and 4, including:
  - Solid Waste Management Facility
  - 115 KV Synchronizing Breakers (Unit 3 – W1408 and Unit 4 – W1548) and Associated Disconnect Switches (Unit 3 – W1407 and Unit 4 – W1547) for Units 3 and 4
  - C.E. Boilers of Units 3 and 4 and Related Auxiliary Equipment
  - General Electric Turbines for Units 3 and 4, Serial Numbers 118305 (Units 3) and 170 x 268 (Unit 4) and Related Auxiliary Equipment
  - General Electric Generators for Unit 3 & 4, Serial Numbers 8245859 (Unit 3) and 180x268 (Unit 4), including Excitation and Voltage Regulating Equipment and Related Auxiliary Equipment
  - General Electric, Main Transformer, 160,000 KVA (Unit 3)
  - Federal Pioneer, Main Transformer, 265,000 KVA (Unit 4)
  - FSSS (Allen Bradley) Burner Management System for Units 3 and 4
  - DEC Vax, Data Acquisition System for Units 3 and 4
  - MAX1 (Leeds & Northrup), Boiler Control Systems for Units 3 and 4
  - General Electric, MHC, Turbine Control Systems for Units 3 and 4
  - All Motors in Units 3 and 4
  - All Relays, Instrumentation and Metering in Units 3 and 4
  - All Connected Power, Control and Instrument Cables in Units 3 and 4
- General Electric, Station Service Transformers, 12/16 MVA OA/FA for Units 3 and 4
- Current Protective Relay Schedules for each of Units 3 and 4 stated to be located in the Generating Plant
- DI System
- Wastewater Treatment Facility
- Waste Treatment Ponds
- Cooling Water Intake and Discharge System
- Plant UPS System, including Associated 125V Battery, Chargers and Panels (Unit 3 – Solid State, installed in 1990, powers Maxcontrol and FSSS; Unit 4 – Solid State, installed in 1986, powers Maxcontrol and FSSS)
- DC Cable from Plant Battery System
- Condensate Treatment and Storage System
- City Water Supply Mains and Metering Devices
- Switchgear and Substations Located in Units 3 and 4
- Grounding and Lightning Protection Equipment for Units 3 and 4

EXH. B-1-1

DOCSNY1:787974.5

### Environmental
- Free Standing, Enclosed Dual Flue Stack for Units 3 and 4
- Separated Overfire Air Systems for Units 3 and 4
- Continuous Emission Monitoring Systems for Units 3 and 4
- Electrostatic Precipitators
- Solid Waste Management Building
- Coal Pile Runoff Collection System
- Fly Ash Handling System for Units 3 and 4
- Silos (Fly Ash Storage Facility)
- Dewatering Silos
- Sewage Collection and Treatment Facility
- Chemical Spill Control and Containment Equipment and Storage Tanks
- Oil/Water Separators
- Solid Waste Collection and Disposal Equipment
- Water Treatment for Effluent

### Fuel Supply
- Coal Bunkers
- Coal Handling and Conveyor System
- Coal Crushers
- Coal Receiving Hopper and Conveyor Systems
- Reclaim System
- Coal Car Thawing/Unloading
- Coal Yard Office and Crew Room
- Coal Yard Control Building
- Coal Yard MCC Building
- Locomotive Storage Building
- One Fuel Oil No. 2 Yard Tank
- One Fuel Oil No. 2 Solid Waste Management Facility Tank
- Fuel Oil and Natural Gas Metering Devices
- Gas Chromatograph
- Natural Gas Supply Main from Regulator Station to Facility for Units 3 and 4 – all piping and equipment from the discharge of the shut-off valves to the generating station, including the relief valve
- Railroad Tracks and Coal Thaw Shed

### Buildings
- Main Building Housing Units 1-4, including
  - Administrative offices
  - Chemistry Laboratory
  - Shops
  - Construction/Outage Office