## **EXHIBIT A**

## MINUTES OF A SPECIAL JOINT MEETING
## OF THE
## BOARD OF MANAGERS
## OF
## DYNEGY HOLDINGS, L.L.C.

A special meeting of the Board of Managers (the "Board") of Dynegy Holdings, L.L.C., a Delaware limited liability company (collectively, "Company"), was held in person at the Company's offices in Houston, Texas on October 17, 2011, beginning at 1:00 p.m. (CDT).

Participating were Robert Flexon, Clint Freeland and Kevin Howell, constituting the entire Board. Also participating were Catherine Callaway, Kent Stephenson, Mario Alonso, and Kimberly O'Brien on behalf of the Company. Jim Conlan and Jeff Bjork of Sidley Austin LLP ("Sidley"), restructuring counsel for the Company, participated in the meeting. Robert Flexon served as Chair of the meeting and Kimberly O'Brien acted as Secretary.

The Chairman opened the meeting by inviting Sidley to provide the Board with an update of restructuring efforts. Jim Conlan and Jeff Bjork discussed with the Board the restructuring efforts currently being undertaken in respect of the Company and potential restructuring alternatives, including the advantages and disadvantages of such restructuring alternatives. A vigorous discussion then ensued among the members of the Board, who addressed numerous questions to Messrs. Conlan and Bjork related to such alternatives (including timing for implementation) and related planning efforts.

There being no further business to come before the Board, upon motion duly made and seconded, the meeting adjourned at approximately 2:30 p.m. (CDT).

Respectively submitted,

_Kimberly O'Brien_
Kimberly O'Brien, Secretary of the Meeting

APPROVED:

_Robert Flexon_
Robert Flexon, Chairman of the Meeting

NY1 7870639v.3

## MINUTES OF A SPECIAL JOINT MEETING
## OF THE
## SOLE MEMBER
## OF
## HUDSON POWER, L.L.C.

A special meeting of the sole member of Hudson Power, L.L.C., a Delaware limited liability company (the "Company"), was held in person at the Company's offices in Houston, Texas on October 17, 2011, beginning at 1:00 p.m. (CDT).

Participating were Robert Flexon, Clint Freeland and Kevin Howell, as authorized representatives (each, an "Authorized Representative" and collectively, the "Authorized Representatives") of Dynegy Northeast Generation, Inc., a Delaware corporation and the sole member of the Company. Also participating were Catherine Callaway, Kent Stephenson, Mario Alonso, and Kimberly O'Brien. Jim Conlan and Jeff Bjork of Sidley Austin LLP ("Sidley"), restructuring counsel, participated in the meeting. Robert Flexon served as Chair of the meeting and Kimberly O'Brien acted as Secretary.

The Chairman opened the meeting by inviting Sidley to provide the Authorized Representatives with an update of restructuring efforts. Jim Conlan and Jeff Bjork discussed with the Authorized Representatives the restructuring efforts currently being undertaken in respect of the Company and potential restructuring alternatives, including the advantages and disadvantages of such restructuring alternatives. A vigorous discussion then ensued among the Authorized Representatives, who addressed numerous questions to Messrs. Conlan and Bjork related to such alternatives (including timing for implementation) and related planning efforts.

There being no further business to come before the meeting, upon motion duly made and seconded, the meeting adjourned at approximately 2:30 p.m. (CDT).

Respectively submitted,

_Kimberly O'Brien_
Kimberly O'Brien, Secretary of the Meeting

APPROVED:

_Robert Flexon_
Robert Flexon, Chairman of the Meeting

NY1 7870680v.3

**MINUTES OF A SPECIAL JOINT MEETING
OF THE
SOLE MEMBER
OF
DYNEGY DANSKAMMER, L.L.C.**

A special meeting of the sole member of Dynegy Danskammer, L.L.C., a Delaware limited liability company (the "Company"), was held in person at the Company's offices in Houston, Texas on October 17, 2011, beginning at 1:00 p.m. (CDT).

Participating were Robert Flexon, Clint Freeland and Kevin Howell, as authorized representatives (each, an "Authorized Representative" and collectively, the "Authorized Representatives") of Hudson Power, L.L.C., a Delaware limited liability company and the sole member of the Company. Also participating were Catherine Callaway, Kent Stephenson, Mario Alonso, and Kimberly O'Brien. Jim Conlan and Jeff Bjork of Sidley Austin LLP ("Sidley"), restructuring counsel, participated in the meeting. Robert Flexon served as Chair of the meeting and Kimberly O'Brien acted as Secretary.

The Chairman opened the meeting by inviting Sidley to provide the Authorized Representatives with an update of restructuring efforts. Jim Conlan and Jeff Bjork discussed with the Authorized Representatives the restructuring efforts currently being undertaken in respect of the Company and potential restructuring alternatives, including the advantages and disadvantages of such restructuring alternatives. A vigorous discussion then ensued among the Authorized Representatives, who addressed numerous questions to Messrs. Conlan and Bjork related to such alternatives (including timing for implementation) and related planning efforts.

There being no further business to come before the meeting, upon motion duly made and seconded, the meeting adjourned at approximately 2:30 p.m. (CDT).

Respectively submitted,

*Kimberly O'Brien*

Kimberly O'Brien, Secretary of the Meeting

APPROVED:

*Robert Flexon*

Robert Flexon, Chairman of the Meeting

NY1 7870824v.3

**MINUTES OF A SPECIAL JOINT MEETING**
**OF THE**
**SOLE MEMBER**
**OF**
**DYNEGY ROSETON, L.L.C.**

A special meeting of the sole member of Dynegy Roseton, L.L.C., a Delaware limited liability company (the "Company"), was held in person at the Company's offices in Houston, Texas on October 17, 2011, beginning at 1:00 p.m. (CDT).

Participating were Robert Flexon, Clint Freeland and Kevin Howell, as authorized representatives (each, an "Authorized Representative" and collectively, the "Authorized Representatives") of Hudson Power, L.L.C., a Delaware limited liability company and the sole member of the Company. Also participating were Catherine Callaway, Kent Stephenson, Mario Alonso, and Kimberly O'Brien. Jim Conlan and Jeff Bjork of Sidley Austin LLP ("Sidley"), restructuring counsel, participated in the meeting. Robert Flexon served as Chair of the meeting and Kimberly O'Brien acted as Secretary.

The Chairman opened the meeting by inviting Sidley to provide the Authorized Representatives with an update of restructuring efforts. Jim Conlan and Jeff Bjork discussed with the Authorized Representatives the restructuring efforts currently being undertaken in respect of the Company and potential restructuring alternatives, including the advantages and disadvantages of such restructuring alternatives. A vigorous discussion then ensued among the Authorized Representatives, who addressed numerous questions to Messrs. Conlan and Bjork related to such alternatives (including timing for implementation) and related planning efforts.

There being no further business to come before the meeting, upon motion duly made and seconded, the meeting adjourned at approximately 2:30 p.m. (CDT).

Respectively submitted,

_Kimberly O'Brien_

Kimberly O'Brien, Secretary of the Meeting

APPROVED:

_Robert Flexon_

Robert Flexon, Chairman of the Meeting

NY1 7870821v.3

# MINUTES OF A SPECIAL JOINT MEETING
## OF THE
## BOARD OF DIRECTORS
## OF
## DYNEGY NORTHEAST GENERATION, INC.

A special meeting of the Board of Directors (the "Board") of Dynegy Northeast Generation, Inc., a Delaware corporation (collectively, "Company"), was held in person at the Company's offices in Houston, Texas on October 17, 2011, beginning at 1:00 p.m. (CDT).

Participating were Robert Flexon, Clint Freeland and Kevin Howell, constituting the entire Board. Also participating were Catherine Callaway, Kent Stephenson, Mario Alonso, and Kimberly O'Brien. Jim Conlan and Jeff Bjork of Sidley Austin LLP ("Sidley"), restructuring counsel, participated in the meeting. Robert Flexon served as Chair of the meeting and Kimberly O'Brien acted as Secretary.

The Chairman opened the meeting by inviting Sidley to provide the Board with an update of restructuring efforts. Jim Conlan and Jeff Bjork discussed with the Board the restructuring efforts currently being undertaken in respect of the Company and potential restructuring alternatives, including the advantages and disadvantages of such restructuring alternatives. A vigorous discussion then ensued among the members of the Board, who addressed numerous questions to Messrs. Conlan and Bjork related to such alternatives (including timing for implementation) and related planning efforts.

There being no further business to come before the Board, upon motion duly made and seconded, the meeting adjourned at approximately 2:30 p.m. (CDT).

Respectively submitted,

_Kimberly O'Brien_

Kimberly O'Brien, Secretary of the Meeting

APPROVED:

_Robert Flexon_

Robert Flexon, Chairman of the Meeting

NYI 7870640v.3